# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | ) | |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) | Civil Action 4:21-cv-1651 |
| FEDEX CORPORATION, | ) ) ) | |
| *Defendant.* | ) | |

## DECLARATION OF BARAK J. BABCOCK

I, Barak Babcock, declare and state as follows.

1. I am over the age of eighteen (18) and I am competent to testify as to the matters set forth herein.

2. The facts stated in this declaration are true as of the date of my signature below.

3. I am one of the attorneys for Defendant FedEx Corporate Services, Inc. in the above captioned matter.

4. I traveled from my office in Memphis, Tennessee to take the deposition of Plaintiff Jennifer Harris on May 19, 2022 in Dallas, Texas, which is where Ms. Harris current resides.

5. While I have ordered the transcript for this deposition, I have not yet received the final transcript.

6. I have, however, received a rough draft of the transcript, which the court reporter informs me was produced in Realtime but is not certified.

7. I have compiled the relevant questions and answers from the rough transcript (pages 249-256) and have attached them as Exhibit A to this Declaration. The testimony and colloquy between counsel reflected on Exhibit A appears to be true and correct based on my memory of the

deposition.

I declare under penalty of perjury under the laws of the State of Tennessee and of the United States of America that the foregoing statements are true and correct, and that I executed this declaration on May 31, 2022, in Germantown, Tennessee.

                                                s/Barak J. Babcock
                                                BARAK J. BABCOCK

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, a copy of this instrument was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Barak J. Babcock*
                                                Barak J. Babcock