# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER HARRIS,** | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-1651 |
| **FEDEX CORPORATION,** | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS

Before the Court is *Defendant's Motion to Compel Answers To Deposition Questions* ("Motion"). Having reviewed the *Motion*, Plaintiff's *Response*, if any, and the arguments of counsel, the Court finds that the *Motion* is well-taken and should be, in all things, **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the *Motion* is hereby **GRANTED** in its entirety. It is further

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's work product objection is overruled; Plaintiff is required to answer questions about her communications after her termination from FedEx and Plaintiff should reimburse FedEx for its reasonable costs (i.e., travel costs and transcript costs) for conducting the deposition.

**SO ORDERED**.

SIGNED this _____ day of _____, 2022.

_____
HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE