UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01651 |
| | § | |
| FEDEX CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Before the Court is the plaintiff's motion to compel discovery (Dkt. No. 24). Having reviewed the motion, the defendant's response, and the arguments of counsel, the Court finds that the motion should be, in all things Denied.

It is so ORDERED.

SIGNED on July 5, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge