IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action 4:21-cv-1651 |
| | § | |
| FEDEX CORPORATE SERVICES, INC., | § | JURY DEMANDED |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF'S APPENDIX IN
SUPPORT OF PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE KENNETH M. HOYT:

**TABLE OF CONTENTS**

| Exhibit | Description | Page Number |
|---|---|---|
| 1 | Corey Wolfe Witness Statement | Appx 1 – 3 |
| 2 | March 8, 2019, Email Complaint | Appx 4 – 8 |
| 3 | March 11, 2019, EEO Complaint | Appx 9 – 11 |
| 4 | July 23, 2019 EEOC Complaint | Appx 12 – 16 |
| 5 | September 6, 2019, EEO Complaint | Appx 17 – 22 |
| 6 | December 4, 2019, EEO Complaint | Appx 23 – 29 |
| 7 | Michelle Lamb OneNotes | Appx 30 – 55 |
| 8 | June 7, 2019, Sham Investigation Report | Appx 56 – 64 |
| 9 | September 6 , 2019, Sham Investigation Report | Appx 65 – 96 |
| 10 | December 31, 2019, Sham Investigation Report | Appx 97 – 101 |
| 11 | Request for Termination Form | Appx 102 – 105 |
| 12 | FedEx Response to Requests for Interrogatories | Appx 106 – 121 |

| 13 | Richard Holley Deposition | Appx 122 – 435 |
|----|---------------------------|----------------|
| 14 | Richard Holley Corrigendum | Appx 436 – 440 |
| 15 | Jennifer Harris Deposition | Appx 441 – 815 |
| 16 | Jennifer Harris Corrigendum | Appx 816 – 822 |
| 17 | FedEx's Policies and Procedures | Appx 823 – 838 |
| 18 | SEALED - March 20, 2019, Complaint | Sealed Appx 1 – 7 |
| 19 | SEALED – Virginia Solgot Not Meeting Goal | Sealed Appx 8 – 23 |
| 20 | SEALED – BJ Services Q1 and Q2 Comparison | Sealed Appx 24 |
| 21 | SEALED – FXS_ESI_0145273 | Sealed Appx 25 |
| 22 | SEALED – FXS_ESI_0146664 | Sealed Appx 26 |
| 23 | Job Description | Appx 839 – 842 |
| 24 | Michelle Lamb Deposition | Appx 843 – 884 |
| 25 | Jennifer Harris Declaration | Appx 885 – 901 |
| 26 | Mac Chonoles Deposition | Appx 902 – 942 |

Respectfully submitted,

*/s/ Brian P. Sanford*
    Brian P. Sanford
    Texas Bar No. 17630700
    bsanford@sanfordfirm.com
    Elizabeth "BB" Sanford
    Texas Bar No. 24100618
    esanford@sanfordfirm.com

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF
JENNIFER HARRIS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2022, I electronically served the foregoing document on all counsel of record via the Court's electronic filing system.

*/s/ Brian P. Sanford*