# Exhibit 5

# ETHICSPOINT®

# Incident Management

Case
Search Cases

Heather Long

- My Profile
- Help
- Resources
- Gateway
- Sign Out

- Home
- Cases
    - All Cases
    - Cases by Tier
    - Tier - FedEx Services P&C
    - Case PC-FX-2019-6-29490
        - General Case Info
        - Case Details
        - Assignments & Access
        - Participants4
        - Agencies
        - Attachments7
        - Synopsis
        - Tasks1
        - Case Notes
        - Related Cases
        - Info Contributors
        - History
- Open New Case
- Assignments
- Analytics
- Advanced Search

Case PC-FX-2019-6-29490-Employment Related : Retaliation : EEO
Reminders Add to Watchlist Print & Download
**Opened:** 06/28/2019
**Days open:** 10
**Last modified:** 06/28/2019
**Intake method:** Email
**Status:** Pending P&C Review

**Alert Status:** Red

General Case Info

**Case number:**
PC-FX-2019-6-29490

**Received/Reported date:**
06/26/2019

**Alleged incident date:**
06/26/2019

**Language:**
English

**Assigned tier:**
FedEx Services P&C

FXE 7

**Creator:** Raven Mattison raven.mattison@fedex.com

## Issue

**Primary issue:**
Employment Related : Retaliation : EEO

**Summary:**
Jennifer is concerned that she is being retaliated against due to filing an EEO just after receiving a letter on June 3, 2019 which is attached that states "Each issue brought forth has been thoroughly investigated with the determination that corrective action will be take." Jennifer states that she takes that statement to confirm that the details she shared in this investigation were accurate and action would be taken to resolve the issue. Jennifer states that it has been 23 days since this letter and things haven't improved, yet it has gotten worse.

See attachment.

Case Details

## Reported tier information

**Case type:**
Internal EEO

**Intake method:**
Email

## Location

## Reporter contact information

**Reporter anonymous:**
No

**Reporter first name:**
Jennifer

**Reporter last name:**
Harris

**Phone number:**
713-320-5307

**Email address:**
jennifer.harris@fedex.com

## Case Information

**Multi Department:**
No

**What is your relationship to FedEx?**
Employee

**Your FedEx ID:**
670033

**Provide a brief description of the general nature of this matter. Please limit to 1 to 2 sentences.:**
Jennifer is concerned that she is being retaliated against due to filing an EEO just after receiving a letter on June 3, 2019 which is attached that states "Each issue brought forth has been thoroughly investigated with the determination that corrective action will be take." Jennifer states that she takes that statement to confirm that the details she shared in this investigation were accurate and action would be taken to resolve the issue. Jennifer states that it has been 23 days since this letter and things haven't improved, yet it has gotten worse.

See attachment.

**Where did this incident occur?**
1517 Greens Road
Suite 100b
Houston, TX 77032
US

**Please provide the specific or approximate date and time this incident occurred:**
June 3, 2019
June 26, 2019

FXE 8

**Please identify the person(s) you are reporting as involved in this incident:**
Michelle Lamb

**Is a member of management aware of the incident you are reporting?**
Don't Know / Don't Wish To Disclose

**Confidential:**
No

**Region Name:**
Jennifer Harris

**Region Number:**
Unassigned

Assignments & Access

**Investigator:** Adrian Webster; Amy Dudek; Cathy Beaver; Heather Long; Kia Muhammad; Kristy Gunn; Linda Taylor; Mac Chonoles; Mary Arnold; Michael Clark; Raven Mattison

**Restricted access:** None

**Case access list:** Adrian Webster; Amy Dudek; Cathy Beaver; Chelsea Conn; Georgetta Purdy; Heather Long; Keith Thomas; Kia Muhammad; Kristy Gunn; Linda Taylor; Lisa Lewis; Lynette McNeil; Mac Chonoles; Mark Allen; Mary Arnold; Melissa Paul; Michael Clark; Raven Mattison; Rob King; Rob Molinet

Participants

| Name | Job Title | Relationship | Role | Results |
|---|---|---|---|---|
| Jennifer Harris | None | None | Complainant | None |
| Michelle Lamb | Director Sales | Employee | Implicated Person | None |
| Dave Russell | VP Sales | Employee | Other | None |
| Daniel Mullally | SVP Sales | Employee | Other | None |

Agencies

None

Attachments

Add Attachments | Add Link

**Files**

| | File | Category | Date | Description |
|---|---|---|---|---|
| Edit | FW Letter of Counseling-JenniferHarris.pdf | | 06/28/2019 03:54:00 PM | |
| Edit | Comp Ranking DAR FY19 Q4 June 10 2019.pdf | | 06/28/2019 03:59:00 PM | |
| Edit | EEO Letter.pdf | | 06/28/2019 03:59:00 PM | |
| Edit | Jennife Harris Letter of Counseling For Unacceptable Performance.pdf | | 06/28/2019 04:00:00 PM | |
| Edit | LHR Attainment History Q3 FY19.xlsx | | 06/28/2019 04:00:00 PM | |
| Edit | LHR FY19Q4 Performance Report 06-10-19.msg | | 06/28/2019 04:00:00 PM | |
| Edit | RE Action Needed.msg | | 06/28/2019 04:00:00 PM | |

Synopsis

**Outcome of case**

**Additional details**

**FedEx OpCo:**
FedEx Services

**Functional Group:**
Sales - Solutions

**HR Manager:**
Mac Chonoles

**BC Advisor:**
Kristie Castilow

**Manager approval obtained:**
No

---

### Key Dates

**Date P&C Requested:**
06/28/2019

---

### Basis of Discrimination

**Harassment:**
No

**Age:**
No

**Color:**
No

**Sex/Gender/Pregnancy:**
No

**Disability:**
No

**Deaf and/or Hard of Hearing:**
No

**Religion/Creed:**
No

**Ethnicity:**
No

**FMLA / Military Leave:**
No

**FMLA / Medical Leave of Absence:**
No

**National Orgin:**
No

**Pay/Pay Transparency:**
No

**Race:**
No

**Retaliation:**
Yes

**Gender Expression/Identity:**
No

**Genetic Information:**
No

**Marital / Family Status:**
No

**Military Active / Veteran Status:**
No

**Sexual Harassment:**
No

**Sexual Orientation:**
No

Tasks

| P&C Review | | | | | | |
|---|---|---|---|---|---|---|
| Assigned To | Status | Priority | Duration | Due Date | Start Date | Completed Date |
| [multiple] | Not Started | none | none | | 06/28/2019 | |

Case Notes

None

Related Cases

**Cases Marked as Related to This Case**

Case # Tier Investigator(s)

relationships.

Page 1 of 1 (0 items)   First page   Previous page   Next page   Last page

Info Contributors

None

Privacy Statement | Terms of Use
© NAVEX Global 2019. All rights reserved.