# Exhibit 6

# ETHICSPOINT®

## Incident Management

Case
Search Cases

Heather Long

- My Profile
- Help
- Resources
- Gateway
- Sign Out

- Home
- Cases
  - All Cases
  - Cases by Tier
  - Tier - FedEx Services P&C
  - Case PC-FX-2019-12-34679
    - General Case Info
    - Case Details
    - Assignments & Access
    - Participants 4
    - Agencies
    - Attachments 6
    - Synopsis
    - Tasks 1
    - Case Notes
    - Related Cases 5
    - Info Contributors
    - History
- Open New Case
- Assignments
- Analytics
- Advanced Search

Case PC-FX-2019-12-34679-Employment Related : Retaliation : EEO
Reminders Add to Watchlist Print & Download
**Opened:** 12/04/2019
**Days open:** 4
**Last modified:** 12/04/2019
**Intake method:** Email
**Status:** Pending P&C Review

**Alert Status:** Red

General Case Info

**Case number:**
PC-FX-2019-12-34679

**Received/Reported date:**
12/04/2019

**Language:**
English

**Assigned tier:**
FedEx Services P&C

**Creator:** Cathy Beaver 751478@fedex.com

## Issue

**Primary issue:**
Employment Related : Retaliation : EEO

Case Details

---

### Reported tier information

**Case type:**
Internal EEO

**Intake method:**
Email

### Location

---

### Reporter contact information

**Reporter anonymous:**
No

**Reporter first name:**
Jennifer

**Reporter last name:**
Harris

**Phone number:**
713-320-5307

**Email address:**
jennifer.harris@fedex.com

### Case Information

**Has this issue/incident been previously reported?**
Yes

**Multi Department:**
No

**What is your relationship to FedEx?**
Employee

**Your FedEx ID:**
670033

**Provide a brief description of the general nature of this matter. Please limit to 1 to 2 sentences.:**
Please see the details below of my ongoing complaint of retaliation, humiliation, and discrimination treatment by Michelle Lamb. November 30, 2019 concluded FY20Q2 and the evaluation of my LOW and Action Plan. As previously discussed, the LOC and LOW suggest poor performance and failure to address performance deficiencies on my team which is inaccurate. I am held to a different performance standard than my white peers which is unfair. Please see attached the reports used to evaluate my performance and the performance of my peers. In our communication on August 1, 2019 I expressed my extreme concern that the LOC was issued to retaliate against me for filing an EEO for discrimination. There was allegedly an investigation conducted, but the inconsistencies in her performance evaluations continue. There are 2 of my white peers Brian Hickman and Jaime Golden McElroy who have not hit plan in 5 quarters yet haven't been issued any discipline with a LOC or LOW or threats of termination. Quarter to date Jaime has the lowest performing district at 79.5% FY20Q2, which is the same evaluation referenced in my LOC. If 4 quarters were used to issue my LOC the same evaluation and discipline should be used for them. I have attached the most recent attainment history report email sent from Michelle's admin Melisa and other reports that shows the data of me and my peers goal attainment and confirm the performance data. Closed Business Tracking is also another report included and shows year to date my team is third in the region with $15,759 average daily net revenue. It also highlights my joint calls, team calls, calls on opportunities, pricing and other activity that demonstrate my work ethic and dedication to improve. While I didn't meet all my goals in the Action Plan, I did demonstrate improvement in my teams (Energy District's) performance in the 90 days given and demonstrate higher performance that several of my peers. In addition, I issued Laura Segovia a LOC on August 12, 2019 which is another employee I issued discipline for performance to address issues on my team. These are all examples that contradict the LOC and LOW both issued and continue to demonstrate Michelle Lamb's efforts to retaliate against me for filing an EEO for discrimination and giving preferential treatment to my white peers.

Richard Holly and Brian Conrey can share that they witnessed the inconsistent performance evaluations compared to my peers, lack of coaching, and lack of strategy demonstrated to improve my development. I was singled out and humiliated by being on Michelle's public calendar for calls 1:1 sessions in which no development was provided. There is no other manager that receives this treatment and demonstrates her attempts to and bully me. As a region we lack coaching and development from Michelle as her coaching sessions consist of micromanaging reports with structure on how to improve and confirmed based on the results of her 2019 Sirota survey.

FXE 352

**Where did this incident occur?**
N/A

**Please provide the specific or approximate date and time this incident occurred:**
As previously discussed, September 30, 2018 is another example of how Michelle continues to demonstrate her unfair treatment to me compared to my white peers. I asked Michelle for approval to attend the Pathway program held in Memphis, Tennessee on January 23, 2019 which she approved. However, in early January 2019 as the Pathway program approached, I followed up with Mrs. Lamb to discuss my travel and was declined the opportunity to attend due to budget cuts. She also stated that no other managers in the region would attend. I had already made commitments to Director, Jerry Page and District Sales Manager-Business Inside, Marlon Mitchell, promising that I would attend as the only diverse candidate on the panel. Determined to show my commitment to the Pathway program I offered to use vacation time to attend which I did and covered the cost out of pocket. Despite Mrs. Lamb's claims that other managers would not be permitted to attend the program due to budget cuts, I later discovered that these statements were false. In fact, Rebecca Callahan (white) and Casey Milner (white) were permitted to attend the same program in Dallas, Texas without using vacation time to do so. I was never afforded the opportunity to attend the Dallas program with my white counterparts. Additionally, the vacation time used to attend the Pathway program in Memphis were never returned. Instead, I was forced to using two vacation days to network, coach, train, and participate in joint calls with District Sales Manager, Carmen Vazquez and Account Managers, Mary Cassella and Holly Hayes. Again, I could not help but notice the discrepancy in the opportunities and freedoms that were denied to me as the only Black DSM in her region. It was suggested that I coded the days as vacation, but conveniently overlooked the requirement of Michelle's approval for these hours to be deducted from my balance.

I reference this instance as the response was given "Thereafter, FedEx instituted a substantial cost savings program, and Lamb no longer had the budget to send Charging Party to this event. Thus, Lamb explained to Charging Party that she could not attend this event at FedEx's expense." This is yet another excuse and coverup for Michelle's unfair treatment. On November 19, 2019 I went to the office located at the SmartPost facility in which I domicile with my Account Executive, Emily Hineman to witness an arranged meeting with Travis Tiernan (Employee #912710) and Michelle Lamb. Travis is a Strategic Development Sales Executive from Miramar, FL who was afforded an opportunity paid for by FedEx to visit Houston, TX to network with Michelle on opportunities in the market. He bragged to my Account Executive Emily and admin Miriam Zapata of his visit to Houston. He also had an open discussion in which was overheard that Michelle's admin covered his travel expenses which is humiliating and demonstrates her continued retaliation treatment towards me. Travis has no business needs here in Houston, and there is no reason outside of Michelle recruiting him for a position that isn't yet open to try to convince him to move from South Florida to Houston. Networking could have been done over the phone or should have required him to cover his own travel. This contradicts the company wide budget cut, and lack of budget in Michelle's region to afford travel. The company is not flying people down for interviews, but was able to find the funds to fly him to Houston, TX, yet another example which a white male was afforded an opportunity to attend a business meeting but I was declined the opportunity for FedEx to cover my cost for a proven business event. Travis is a part of a manager trainee program called LeadUP which is for Sales professionals that aspire to get into management. I have included the link below that provides the overview of this program. I have also included screenshots of his out of office message and the details that show his membership to the FY19 LeadUP class.

http://solutionpoint.solutions.fedex.com/#/Solution/selected/16062

I intend to comply with all recommendations from prior written warnings, and will continue to perform to the best of my ability; however, I believe equitable treatment is necessary to ensure my optimum performance. As such, I must be held to the same standard as all other similarly situated employees. My success as DSM is contingent not only upon my own dedication to the company, but also FedEx's willingness to provide me with the support, guidance, and respect afforded to similarly situated white DSM's and other sales employees.

**Please identify the person(s) you are reporting as involved in this incident:**
Michelle Lamb

**Is a member of management aware of the incident you are reporting?**
Don't Know / Don't Wish To Disclose

**Confidential:**
No

**Region Name:**
Jennifer Harris

**Region Number:**
Michael Clark

Assignments & Access

**Investigator:** Adrian Webster (Case Manager); Amy Dudek (Case Manager); Betty Johnson (Case Manager); Cathy Beaver (Case Manager); Chassidy Wallace (Case Manager); Heather Long (Case Manager); Kia Muhammad (Case Manager); Kristy Gunn (Case Manager); Linda Taylor (Case Manager); Mac Chonoles (Case Manager); Mary Arnold (Case Manager); Michael Clark

**Restricted access:** None
**Case access list:** Adrian Webster; Amy Dudek; Betty Johnson; Cathy Beaver; Chassidy Wallace; Chelsea Conn; Edward Efkeman; Georgetta Purdy; Heather Long; Keith Thomas; Kia Muhammad; Kristy Gunn; Linda Taylor; Lisa Lewis; Lynette McNeil; Mac Chonoles; Mark Allen; Mary Arnold; Melissa Paul; Michael Clark; Nicholas Margello; Rob King

Participants

| Name | Job Title | Relationship | Role | Results |
|---|---|---|---|---|
| Jennifer Harris | None | None | Complainant | None |
| Michelle Lamb | Director Sales | Employee | Implicated Person | None |
| David Russell | Vice President Sales | Employee | Other | None |



| | | | | | | |
|---|---|---|---|---|---|---|
| Daniel Mullally | Sr. Vice President S... | | Employee | Other | | None |

Agencies

None

Attachments

Add Attachments | Add Link

Files

| | File | Category | Date | Description |
|---|---|---|---|---|
| Edit | Copy of FY20 LHR All Inclusive 11-25-19.xlsx | Supporting Documentation | 12/04/2019 09:29:00 AM | |
| Edit | LHR Attainment History.msg | Supporting Documentation | 12/04/2019 09:29:00 AM | |
| Edit | Travis Tiernan Out Of Office Message.pdf | Supporting Documentation | 12/04/2019 09:30:00 AM | |
| Edit | Copy of FY20 LHR CBT last update 12-02-19.xlsx | Supporting Documentation | 12/04/2019 09:30:00 AM | |
| Edit | Copy of FY20 Joint Calls 12-2-19.xlsx | Supporting Documentation | 12/04/2019 09:30:00 AM | |
| Edit | Copy of Pricing 12-02-19.xlsx | Supporting Documentation | 12/04/2019 09:30:00 AM | |

Synopsis

**Outcome of case**

**Additional details**

**FedEx OpCo:**
FedEx Services

**Functional Group:**
Sales - Field

**HR Manager:**
Mac Chonoles

**BC Advisor:**
Kristie Castilow

**Attorney:**
Kristy Gunn

**Corrective/Remedial Action(s) Pending:**
No

**Paralegal:**
Becky Long

**EEO Case Created from Explore:**
No

**Manager approval obtained:**
No

**Key Dates**

**Date P&C Requested:**
12/04/2019

**Basis of Discrimination**

**Harassment:**
No



**Age:**
No

**Color:**
No

**Sex/Gender/Pregnancy:**
No

**Disability:**
No

**Deaf and/or Hard of Hearing:**
No

**Religion/Creed:**
No

**Ethnicity:**
No

**FMLA / Military Leave:**
No

**FMLA / Medical Leave of Absence:**
No

**National Orgin:**
No

**Pay/Pay Transparency:**
No

**Race:**
No

**Retaliation:**
No

**Gender Expression/Identity:**
No

**Genetic Information:**
No

**Marital / Family Status:**
No

**Military Active / Veteran Status:**
No

**Sexual Harassment:**
No

**Sexual Orientation:**
No

Tasks

| P&C Review | | | | | | |
|---|---|---|---|---|---|---|
| Assigned To | Status | Priority | Duration | Due Date | Start Date | Completed Date |
| [multiple] | Not Started | none | none | 12/06/2019 | 12/04/2019 | |

Case Notes

None

Related Cases

**Cases Marked as Related to This Case**

Case # Tier Investigator(s)

| | | |
|---|---|---|
| PC-FX-2019-3-25986 | FedEx Services P&C | Heather Long; Mac Chonoles; Amy Dudek; Michael Clark; Kia Muhammad; Cathy Beaver; Rachel Sisco; Kris Gunn; Linda Taylor; Raven Mattison; Adrian Webster |
| PC-FX- | FedEx Services | Heather Long; Mac Chonoles; Mary Arnold; Amy Dudek; Michael Clark; Kia Muhammad; Cathy Beaver; Rachel |

FXE 355

| | | | |
|---|---|---|---|
| 2019-3-26268 | P&C | Sisco; Kristy G; Linda Taylor; Raven Mattison; Adrian Webster | ove |
| PC-FX-2019-6-29490 | FedEx Services P&C | Heather Long; Mac Chonoles; Amy Dudek; Michael Clark; Kia Muhammad; Cathy Beaver; Kristy Gunn; Linda Taylor; Raven Mattison; Adrian Webster | Remove |
| PC-FX-2019-8-30908 | FedEx Services P&C | Heather Long; Mac Chonoles; Amy Dudek; Michael Clark; Kia Muhammad; Cathy Beaver; Kristy Gunn; Linda Taylor; Raven Mattison; Adrian Webster | Remove |
| FX-2019-9-32248 | FedEx Services EXPLORE | Mac Chonoles; Mary Arnold; Michael Clark; Cathy Beaver; Raven Mattison; Adrian Webster | Remove |

Page 1 of 1 (5 items)   First page   Previous page   Next page   Last page

Info Contributors

None

Privacy Statement | Terms of Use
© NAVEX Global 2019. All rights reserved.