# Exhibit 11



# Request for Termination Form

### Request for Termination

The Request for Termination (RFT) is required for all involuntary terminations. Review the full process below and complete this form.

1. Management should review the Progressive Corrective Action Policy
2. Direct manager must complete RFT and submit it to the matrix HR Advisor
3. HR management must review and approve before any action is taken
4. HR will advise Management when the necessary approvals have been obtained
5. Manager must complete Termination Letter using template and talking points for involuntary termination meeting located on HR website under Leadership Resources, Exits
6. HR Advisor must approve Termination Letter prior to being administered to employee

| | |
|---|---|
| **Request for Termination Form:** Management must complete the information below and submit it to their matrix HR Advisor when addressing issues under the Progressive Corrective Action Policy or Acceptable Conduct Policy that may result in an involuntary termination. | |
| **Requesting Manager Name/Employee Number:** | |
| Michelle Lamb/606780 | |
| **Employee Name/Employee Number:** | |
| Jennifer Harris/670033 | |
| **Date of Hire:** | |
| 6/18/2007 | |
| **Job Title/Date in Current Position:** | |
| District Sales Manager 9/1/2016 | |
| **Dates Worked for Current Manager:** Identify when the employee began working for you as their manager and how they came to your organization (i.e. internal job bid, external hire, reorganization, or other mean). | |
| Jennifer Harris began reporting to me on 6/1/2017 when a reorganization merged BSF DSM's with field sales DSM's. | |
| **Performance Measurements:** If you are terminating based in whole or in part on performance, please describe the employee's performance for the past two fiscal years based upon Performance Coaching Sessions you have had with the employee. Provide concrete and objective data where possible. | |
| Jennifer Harris's sales district has missed revenue targets the past 7 out of 8 quarters. As her manager, I have met with her one-on-one, for coaching purposes, 27 times in the past 24 months. Additionally, she and I had weekly phone calls scheduled for coaching and to discuss opportunities in her district. Jennifer has been placed on 2 Performance Planners, neither of which were completed to a satisfactory level. | |
| **Corrective Action Chronology:** List and attach all formal notifications of performance i.e. letters of counseling, warning letters, performance records, performance improvement plans, documented coaching sessions. | |
| 6/26/19 – Letter of Counseling and Performance Improvement Plan created | |
| 9/13/19 – Letter of Warning and Performance Improvement Plan created | |
| All coaching sessions have been documented in One Note. | |

FXS 19



**Management's Position:**
Narrative with facts supporting the performance or behavior
Jennifer Harris's team is not performing well under her leadership and I see no indication that performance will improve in the future. Multiple leadership deficiencies have been identified including: failure to follow C2G 2.0 rollout instructions, lack of awareness of major district decliners, slow district response to critical objectives/initiatives, failure to identify and close enough business to meet performance expectations.

*Comparable:*
List the name, employee number, job title, race, sex, and age of others in your work group. Additionally, if termination is requested because of <u>conduct</u>, please identify those who have engaged in similar conduct over the past two fiscal years and any corrective action that was taken. If termination is for <u>performance</u>, provide their performance for current fiscal year and prior fiscal year, for all persons in your work group with the same job title, as well those that perform similar work. Include any corrective action that was taken.

| EE Name | EE # | Job Title | Race | Sex | Age | Current Performance | Prior 2 Years Performance | Corrective Action |
|---|---|---|---|---|---|---|---|---|
| Jennifer Harris | 670033 | District Sales Manager | Black | F | 38 | Q3FY20 (as of 1/3/20) = 91.6% | Over plan/# qtrs 1/8 | Yes |
| Richard Holley | 752957 | District Sales Manager | White | M | 61 | Q3FY20 (as of 1/3/20) = 97.4% | Over plan/# qtrs 1/8 | Yes |
| Brian Golden | 331590 | District Sales Manager | White | M | 43 | Q3FY20 (as of 1/3/20) = 128.9% | Over plan/# qtrs 5/8 | No |
| Jaime Golden-McElroy | 542240 | District Sales Manager | White | F | 42 | Q3FY20 (as of 1/3/20) = 111.1% | Over plan/# qtrs 2/8 | No |
| Casey Millner | 874545 | District Sales Manager | White | M | 39 | Q3FY20 (as of 1/3/20) =102.5% | Over plan/# qtrs 2/8 | No |
| Brian Conrey | 922072 | District Sales Manager | White | M | 40 | Q3FY20 (as of 1/3/20) = 122.4% | Over plan/# qtrs 7/8 | No |
| Brian Hickman | 665499 | District Sales Manager | White | M | 37 | Q3FY20 (as of 1/3/20) = 105.9% | Over plan/# qtrs 3/8 | No |
| Matt Wheeler | 820945 | District Sales Manager | White | M | 37 | Q3FY20 (as of 1/3/20) = 119.4% | Over plan/# qtrs 3/8 | No |

**Overall Observations:**
Comment on other important facts supporting this termination (i.e., the employee was suspended for 5 days to investigate the situation).
No.

**Accommodation Requests/ Complaints:**

FXS 20



| | |
|---|---|
| Has employee requested a medical accommodation or stated they are not able to do their job because of a medical condition? | |
| No | |
| **Formal Complaints:** Identify and explain any known formal complaints made by your employee against FedEx within the last 2 years. (i.e. EXPLORE, Internal/External EEO's). | |
| In the past 2 years Jennifer has pursued the Explore process and EEO's have been issued. | |
| **Final Paycheck:** When is the employee's final paycheck due? Manager must check <u>Employment Law Manual</u> for verification. | |
| 1/14/2020 | |
| **Signature of Requesting Manager:** The signature may be typed or physically signed. | |
| *Michelle Lamb* | |
| If termination is approved, please refer to the Involuntary Termination Checklist that can found on the HR website under Leadership Resources, Exits (approvals may be given in email). | |

| |
|---|
| **Human Resources Section:** |
| Human Resources Advisor Analysis – (Completed by HR Advisor) |
| |
| Human Resources Approval Signatures: |
| |
| |