**A**

**a.m** 1:20,20 4:3 95:6
**abbreviated** 70:12
**ability** 69:21
**able** 21:3 33:19 64:3 90:2
**above-styled** 1:18
**accolades** 14:22
**account** 6:24 7:12,14 8:5,6 14:17 41:8,12 41:18 42:17,19 42:20 46:10,11 46:12,19,22 47:17,25 48:24 49:7,25 55:22 57:3,12 63:20 63:25 90:18
**accountable** 17:17 18:10 36:24
**accounted** 57:16
**accounts** 8:1 40:19 46:1 47:10 54:1,12 57:11,14 58:25 59:11
**accurate** 70:1,2 73:9,19,22 74:5
**ACKNOWLE...** 97:1
**action** 1:4 21:20 29:21,25 30:5 30:7 62:21,22 75:8 79:6 98:4 99:5,8
**active** 81:8
**activities** 16:20 18:24 19:8 30:24 31:25 39:24 93:12

**activity** 7:25 17:15,16 18:9 18:9 31:13,24 32:10,14,17,18 32:19,25 33:1 33:5,6 49:9 53:16 63:7
**add** 60:7
**added** 22:18 51:17
**additional** 9:9 54:25
**address** 74:9
**addresses** 91:25
**addressing** 31:18
**adequate** 32:14
**adjourned** 77:9
**adjusted** 52:24
**adjustment** 52:12
**adjustments** 52:17 53:3,4
**admin** 67:18,20
**advised** 27:18
**advisor** 75:13
**African** 23:21 24:15,18
**afternoon** 35:18
**age** 24:22 26:15
**ago** 15:21 16:2 77:16 90:1
**agree** 45:1 94:10 94:14,15
**agreed** 58:2
**agreements** 1:25 4:10
**ahead** 9:6 73:11
**airline** 69:9
**aligned** 57:13 58:25
**alignment** 42:2 42:4 44:22
**allegations** 29:19 80:14

83:21
**allow** 69:20
**allowed** 69:2
**American** 23:21 24:15,19
**amount** 34:3 55:2 74:8
**analyst** 43:19,22 44:5,22,25 45:2,8,10 54:6 54:7
**answer** 5:13 9:6 33:19 51:3 52:25 60:8 64:3 77:19 79:25 80:7 90:3,23
**answered** 26:4 84:12
**answers** 97:4
**anybody** 25:17 34:15 75:3,16 76:3
**anytime** 89:3
**apex** 15:11,13 15:16
**apologize** 38:14 60:22
**app** 4:19
**appearances** 3:3 4:9
**Appearing** 2:1
**approach** 10:4 69:21
**appropriate** 34:3
**approval** 65:16 65:20 78:3
**approve** 67:15 67:16
**approved** 67:20 69:2,12
**approves** 67:18
**approximately** 7:8

**April** 1:12,19 4:3 96:2 98:10
**area** 91:13,13
**artificial** 38:19
**aside** 84:6
**asked** 65:6,25 66:2,3 70:20 71:13 84:15,18 85:7 86:15
**asking** 5:5 70:20 84:5
**asks** 65:16
**aspects** 93:8,9
**assess** 16:15
**assessment** 16:17
**associated** 9:9 46:11,16 57:2 57:18 58:14,18 89:4
**Associates** 99:16
**assume** 5:10
**assumption** 7:9
**attached** 41:21 59:23 97:7 98:24
**attacks** 93:24
**attainment** 15:10 17:15,19 18:8 31:4
**attainments** 63:5
**attend** 64:4
**attendee** 64:20 64:21
**attendees** 64:13
**attention** 82:3
**attorney** 5:10 99:7
**attorney's** 5:20
**attorneys** 99:5
**attributes** 16:20 16:23,24 17:2 17:5,9 18:7,12 18:15,20,21

19:4 31:1 33:11 36:23
**Avenue** 2:6
**average** 93:2
**award** 50:12 59:7
**aware** 52:10 56:19 68:5,7 81:16
**awareness** 93:13

**B**

**B** 2:13 11:9,11 11:11
**B-e-a-r** 92:4
**B-r-a-n-n-o-n** 12:9
**B2B** 10:20,23 11:8
**Babcock** 2:12 4:14,14 9:5 14:14 16:25 18:18 19:6,13 20:17 21:2 25:24 26:2,18 27:9 30:2,6,20 31:3,11,14 32:7,11 33:2 33:15 34:5,21 35:1 36:21 37:2 38:2,10 38:15,17 39:10 39:22 40:5,13 40:24 42:22 43:1,9,18 44:19,24 47:23 48:17 49:1,4 49:23 50:8,19 51:22 52:21 54:15,24 55:24 56:11,16 57:8 57:22 58:9,24 59:14,20 60:15 60:17,19,21,25 61:12,15,21

62:15 63:13
64:23 65:24
66:7,12,22
67:13 68:13
69:4 70:5,17
71:18 72:6
73:1,23 74:16
78:10,15 79:9
79:13,23 80:21
81:2 82:13,22
85:23 86:10,12
86:19 87:16
88:11,16 90:8
90:22 92:17
94:23,25
**back** 22:10
40:17 43:21
50:14,25 57:19
60:5 69:8
88:19
**backfilled** 75:15
**bad** 21:5
**balance** 41:1,9
54:4
**ballpark** 80:2
85:14,16,24
90:25
**Barak** 2:12 4:14
**barak.babcoc...**
2:15
**based** 15:10
18:3 26:15
38:3 41:24
42:1 66:1
69:21 80:11,23
87:17 91:19
**basically** 49:18
63:10
**basis** 16:15
26:14 90:16,18
**Bates-labeled**
73:12
**BB** 2:5 4:11 5:5
**Bear** 92:2,5
**began** 19:25

81:5
**behalf** 67:19,20
**believe** 4:18
24:8,13,25
25:1 34:6
47:24 54:7
68:2 77:4
81:18 84:5
87:9,12,21
88:2
**bells** 53:18
**benefit** 49:15
50:6,16,22
51:15,16
**benefited** 49:11
50:9
**benefiting** 51:1
51:5
**benefits** 52:1
**better** 27:22
54:3 62:18
81:3
**big** 8:17,18
48:19 83:3
**birthdays** 25:1
**bit** 42:3
**BJ** 46:20 47:4,12
47:17,25 48:2
48:24 49:6,8,9
52:18 53:17,20
53:25 54:14
55:5 56:1,6,22
57:4,12 58:15
58:20 59:1
**black** 23:22
24:16,19
**blank** 22:12
**boss** 15:14,15,17
44:13 66:2
**bottom** 73:16
**Bowling** 6:13
**boy** 45:19
**Brannon** 12:7
12:12,14 13:5
13:7,7

**Brannon's**
12:10
**break** 40:12
59:25 88:14
**breakdown**
59:21
**Brian** 4:12 22:9
22:9,10 23:7
23:13,15 46:24
47:14,18 48:1
48:10 54:2,22
55:1,5,6,8,17
56:2,6,15 57:5
57:5,7,15,17
57:25 58:2,4,7
69:5
**brief** 77:3,21
**bring** 28:18 93:3
93:11
**brought** 29:1
82:3,20
**budget** 69:12
**building** 2:13
5:25 6:9
**bundle** 72:24
73:4
**business** 6:16
11:1,8,9,12,12
14:10 32:5,8
63:6 66:15
**business-to-b...**
11:2
**businesses** 10:20

---
   **C**
---
**C** 2:1 4:1 11:11
**C-o-n-r-e-y** 47:3
**calendar** 84:3
**call** 10:20,25
17:15 18:8
28:15 31:13,15
31:16,16,19
32:2,14,16,18
32:21,25 33:5
45:22,25 84:23

85:3,6,9,10,15
87:20,21 92:13
**Callahan** 22:9
23:19 69:5
**called** 46:20
47:11 61:22
**calling** 7:25
**calls** 31:23 85:11
85:13,19 91:25
**cancel** 66:2,3,20
**capable** 70:25
**capacity** 62:12
**card** 77:12
**carpooled** 69:8
**cascading** 93:19
**Casey** 22:13
23:11 69:6
**Cassella** 68:16
68:23
**Castilow** 75:15
**category** 37:1
**cause** 1:19 99:7
**caused** 50:6
**center** 91:11
**centered** 30:22
30:23
**central** 9:19
**CEO** 12:14
13:10
**certain** 5:11 6:9
16:20 17:5
28:7 93:14
**certainly** 16:21
34:10
**Certification** 3:9
98:9 99:15
**Certified** 98:12
**certify** 97:2
98:13,19 99:3
**chain** 11:5
**change** 6:3 9:25
27:24 28:9
60:7 96:3,3
**changed** 6:4
10:2

**changes** 97:6
98:25
**characterize**
9:11
**Charles** 11:25
12:1
**chart** 44:3,16
**check** 24:11
36:19 88:14
**checking** 90:23
**chief** 12:11 13:9
**chosen** 63:25
64:4
**Christmastime**
80:6
**Civil** 1:4,24 98:4
**claim** 17:12
20:10
**claims** 27:7
**clarify** 12:12
25:10 39:11
**Clark** 83:23
84:11,15,15,18
85:4,20 86:1,7
86:15,21 87:2
87:7 88:10
**classified** 13:24
14:3
**classify** 43:11
44:9
**cleared** 77:5
**click** 91:4
**closed** 32:5
**closely** 32:20
75:7,11 76:23
**closes** 63:6
**Closing** 32:8
**Club** 50:12
**coach** 80:22,23
**Coach2Grow**
70:21
**Coach2Grow2.0**
69:18,19,25
70:8
**coached** 27:15

39:23 40:6
71:16
**coaching** 17:16
  18:9 27:11,14
  30:22 33:12,14
  33:18,21,22
  34:8,16,19,25
  35:3,6,17,22
  37:7 38:4
  39:12,15 40:8
  60:13 62:3
  63:15 69:19,21
  69:22 74:18,24
  82:16 87:15,17
  87:19,23 88:9
**code** 42:2,4 43:2
  43:17
**codes** 42:8,10
  43:3,5
**college** 6:11,12
  6:13
**combination**
  55:11,12,13
  61:1
**come** 22:19
  45:10 64:13,13
  65:6 79:5
  83:17 84:8
  87:19
**comes** 65:15
**comfortable**
  22:5
**coming** 63:8
**command** 11:5
**comments** 86:4
  86:5
**commercial**
  10:19
**commissions**
  49:18 50:7,10
  51:8,9 52:1
  56:23
**common** 43:8
**communicate**
  52:13

**communication**
  21:21 41:18
  44:21
**communicatio...**
  61:1
**company** 9:16
  18:6 94:15
**comparable** 8:9
  8:11
**compare** 8:2
  44:3
**compensation**
  18:1
**complaining**
  30:13
**complains** 30:1
**complaint** 25:5
  25:7 29:13,15
  29:18,22,24
  30:4 35:2,5,7
  35:16,21 47:22
  79:19 83:5,8
**complaints**
  25:13 26:2,6
  26:11,17 27:12
  28:25 35:8
  36:20 79:2
  81:17 82:11,17
  82:19 83:1,11
  85:21
**complete** 90:20
**completed** 79:11
  79:15,17 80:3
  80:15
**completion** 72:2
  98:22 99:2
**computer** 62:8
**concerns** 30:8
  31:18,21 34:19
  34:24 57:25
  79:14,16 80:2
  80:9 82:1
  91:13 93:3
**concluded** 81:5
  81:17,22 95:6

**conduct** 28:4
**conducted** 1:12
  4:4 15:15
**confidential**
  86:2
**confidentiality**
  86:5
**confirm** 7:10
  36:19
**confirmation**
  71:13
**confronted**
  53:16 70:15
**confused** 28:6
**conjunction**
  75:7
**Conley** 46:24
**connection** 44:5
**Conrey** 22:9
  23:13 47:1,2
  47:14 48:1,10
  54:22 55:1,6,6
  55:8,17 56:2
  56:15 57:15,17
  57:25 58:4,7
  69:5
**Conrey's** 47:19
  54:2 55:10,21
  56:6 57:5,6,7
**consequence**
  57:1
**consideration**
  58:1
**considered**
  21:22
**consult** 71:3
**contain** 98:24
**contained** 77:24
  78:13
**content** 90:2
  92:18
**continue** 5:13
  80:12
**continuing**
  80:18,22

**contributions**
  17:10
**contributor** 14:7
  14:8
**contributors**
  13:25 14:3,4
**convenient** 84:6
**conversation**
  28:16 35:9
  36:10 38:20
  40:8 45:1
  57:24 58:1
  66:13,19,20
  71:6 75:25
  77:15,16 84:19
  85:1 86:21
**conversations**
  17:8 30:8,9,11
  30:22 33:18
  35:3,22 53:19
  60:13 61:2
  62:3,5 63:15
  70:11 85:25
  86:6,11 87:10
**Corporate** 1:6
  4:5 98:6
**corporation**
  2:12 16:7
**correct** 7:18
  11:10,13 12:13
  13:11 14:1,5
  14:13,15 15:18
  17:21 28:21,24
  30:10,15 31:7
  33:23 36:22
  42:1 44:20
  45:20 50:15
  52:5 55:25
  57:3 62:10
  76:11,16 78:22
  82:6,7 85:2
  89:12,19 97:4
**corrections** 97:5
**correlate** 17:5
  18:25

**correlation**
  18:23
**corresponding**
  82:11
**costs** 65:25 69:2
**counsel** 1:25 4:9
  4:16 99:3
**counseling**
  61:18,22 62:13
  62:24 63:1,10
  63:14 72:4,7
  72:22 73:5,7
  73:17,21 74:4
  74:7 78:25
  79:20
**count** 41:1 54:3
  54:16,17,18,18
  55:16
**couple** 34:10
  70:13 91:1
**course** 5:12
  59:22 74:1
  80:16 89:4
**court** 1:1 4:20
  38:12 74:2
  98:1
**COVID** 6:4
**create** 41:9 54:3
  55:1
**created** 10:16
  72:18 73:3,8
  73:18 74:5,6
  74:13,14 78:17
  78:18
**credit** 77:12
**critical** 30:25
**cross** 2:13 76:21
**CSR** 1:20 4:6
  99:15
**current** 11:21
  25:2 92:2
**currently** 11:17
  11:18,23 24:2
  24:16,21
**customer** 32:23

41:13,19,21
42:4 45:25
46:4,13,20
48:9,19 50:4
59:2,3,5
**customer's** 42:4
**customers** 18:4
  46:1
**customize** 69:21

---
     **D**
---
**D** 3:1 4:1
**Dale** 15:2
**Dallas** 2:7 69:8
  69:12
**Dan** 13:1
**date** 7:8 67:9,10
  96:2 97:10
  98:23
**dates** 22:20 51:2
  67:21 80:15
  81:4
**Dave** 12:23,24
  12:25 27:15
  44:7 87:21
  88:7,8,12
**day** 1:19 35:4
  36:16 40:9
  66:6,8,10,14
  66:16 67:8
  69:9 73:18
  74:7,11 75:18
  75:19,23,24
  76:15 77:17,17
  89:14 99:9
**days** 66:24
  74:15 89:15,16
  98:23
**DE&I** 90:17
  91:7,8,11,15
  92:10,13,19,25
**deal** 51:16 83:3
**decided** 16:13
**decision** 10:11
  41:7 43:16

57:9 58:8,10
71:22,25 72:1
**decisions** 43:22
**declined** 82:4
**default** 32:25
**Defendant** 1:7
  2:11 98:7
**deficiencies** 40:7
**defined** 14:9
**definitely** 39:14
**degree** 6:15,16
**degrees** 6:18
**delivered** 74:10
  92:19
**department**
  11:6 31:9
  46:23
**departments**
  91:22
**depending** 43:5
**depends** 33:3
  42:23
**deponent** 97:1
  98:20,21 99:1
**deposition** 1:11
  1:16 4:3,18 5:8
  5:12 74:21
  98:9,17,22
  99:2
**describe** 30:17
  55:13 62:24
  63:2 70:3 77:1
  89:1 91:8
  93:21
**describing** 41:4
**DESCRIPTI...**
  3:13
**designed** 63:20
**detailed** 60:12
  60:23 61:3
**details** 72:14
**determining**
  16:21
**Detroit** 6:25
  7:16,23 8:8,13

89:8,9
**devoted** 11:7
**different** 11:21
  32:18 36:2,4
  42:24 68:11
  74:15 87:5
  91:21 93:8,9
  93:11,12
**differently**
  94:11
**dignity** 93:25
**direct** 11:15,16
  11:17,18,20,21
  12:20 13:12,15
  16:4,15 17:3
  17:22 18:8,12
  18:22,23 19:4
  19:11,16 22:6
  24:1,3 25:4,13
  28:19 33:22
  37:11 41:18
  44:12 46:6
  94:11
**direction** 66:1
  70:14
**directly** 18:25
  44:6,13,17,20
**director** 7:21
  8:3,4,14,25 9:1
  9:13,17,21,25
  11:14 12:19
  13:13 14:24
  15:1 19:21,23
  22:21 25:9
  28:18 44:15
  58:6 76:9,10
  91:18,19
**directors** 76:5
  90:18
**disappointed**
  70:23
**disciplinary**
  29:21,25 30:5
  30:7 62:20,22
  75:8 79:6

80:13,18 86:8
**discipline** 21:19
  21:20 30:12,18
  61:10,11,12
  62:11
**discontinue**
  28:11
**discontinued**
  16:7
**discount** 49:6
**discounts** 50:2,4
**discovered** 51:4
  51:19,20 56:6
  56:9,10,25
**discovers** 50:25
**discriminating**
  26:13
**discrimination**
  29:12 83:4
  88:22 89:17,21
  90:7,21 93:22
  94:2,3,6,8,14
  94:16
**discuss** 82:10
  92:25
**discussed** 55:16
  70:12 86:16
**discussion** 21:23
  22:2 93:11
**discussions**
  10:14 30:18
  62:3,9
**disrespectfully**
  93:24
**district** 1:1,1
  13:14,15,18
  14:2,12 19:22
  20:1 38:6,22
  39:1,7 40:2,19
  40:20 41:14
  42:18 43:3
  44:23 45:22
  46:5,7,9,24
  51:25 52:10,14
  52:14,23 54:13

64:4,6,11,11
64:19 65:6
68:5,10 69:1
93:18 98:1,1
**districts** 64:10
**diversity** 90:10
  91:7
**DIVISION** 1:2
  98:2
**document** 22:4
  59:16 62:11
  63:12 81:14,16
**documentation**
  74:23
**documented**
  21:22,23 22:1
  30:12,17 36:7
  61:10,11,12,25
  62:2,3,6,7,20
  66:25 74:19
  86:15 87:24
**documenting**
  60:10 61:5
**documents**
  59:17 72:16
  73:10
**doing** 7:24 8:9
  17:17 18:17
  32:6,25 33:5
  70:3 71:1
  80:17
**domiciled** 8:19
**dotted-line** 44:4
**double** 25:25
  26:4
**double-check**
  7:8,10
**Dow** 1:20 98:12
  99:15
**Dr** 99:17
**draft** 78:1,1
**drafted** 78:3
**drawing** 22:12
**drawn** 94:7
**DSMs** 45:23

**due** 49:6,10 50:1
**duly** 1:18 5:1
   98:15

---
### E

**E** 2:1,1 3:1 4:1,1
**earlier** 39:16
   74:21 82:23
**early** 79:19
**easy** 67:11,14
**educating** 91:14
**education** 65:2
**educational**
   93:15
**EE&I** 91:6
**eight** 11:16
   12:20 13:12,17
   13:19,20 14:12
   39:6
**either** 41:8 46:2
   46:3 54:9 68:2
**Elizabeth** 2:5
**email** 4:16,18
   21:23 30:10,18
   62:3 83:16,25
   84:3,5,7,10,12
   84:14,19,25
   87:19,24
**emails** 60:24
   61:1
**employed** 78:23
   99:4
**employee** 21:9
   23:22 24:19
   32:24 33:5
   51:7,10,25
   67:5 77:12
   99:6
**employees** 23:24
   24:16 66:24
   83:4
**encourage** 64:12
**encouraged** 64:7
**engaged** 36:10
**ensure** 9:15 18:5

**ensuring** 17:16
**enticing** 64:9
**entire** 80:24
   91:14
**entirety** 79:11
**environment**
   94:1
**equity** 90:10
   91:7
**Errata** 3:8 96:1
   97:7 98:24
**esanford@san...**
   2:8
**establish** 70:10
**established** 92:9
**estimated** 85:20
**evaluate** 19:11
**evening** 35:4,19
**eventually** 37:14
   63:23
**evidence** 37:6,7
   37:9 38:5
**exact** 7:8 22:20
   54:11 66:13
   67:21 74:11
   77:15 90:2
**exactly** 86:16
**Examination**
   3:6 5:2
**example** 41:3
**exceeds** 15:23
**excuse** 7:9 18:4
   55:6 62:25
**execute** 32:21
**executive** 6:24
   7:12,14 14:17
**executives** 8:5
   41:9 63:21,25
   90:18
**EXHIBIT** 3:13
**EXHIBITS** 3:12
**expectation** 72:9
   76:19 77:4
**expectations**
   15:24 21:13

69:20 70:7
**expense** 69:2,9
   69:10
**expenses** 65:23
   68:7,12
**experience**
   18:15 19:1
**experienced**
   50:22
**expires** 99:15
**explain** 10:22
   32:1 59:18
   61:4 63:17
   69:17 71:20,20
**explained** 70:22
**EXPRESS** 2:12
**extended** 35:4
   35:19
**extent** 39:4
**extra** 50:6,9
   55:8

---
### F

**face** 60:21
**face-to-face** 7:25
   62:4,5 64:8
**facilitators** 65:1
**fact** 28:10 35:20
   49:25 77:8
   79:24 80:11
   86:17
**factor** 29:11
   57:9
**factors** 49:24
**facts** 22:2
**fair** 55:20 64:22
   69:23 94:1
**fairness** 41:10
**False** 56:8
**family** 8:19
**far** 34:18,23
**fault** 49:22
**Federal** 1:23
   2:12
**FedEx** 1:6 4:5

4:15 5:21,21
5:22 6:8,10,21
6:22 7:3,6,7,12
10:4,5,22
12:14 14:10
15:24 16:9,12
16:23 19:3,10
19:15 20:2,16
20:20,25 21:9
21:15 25:5
26:16 31:9
40:3 61:23
62:12 65:22
67:11 69:2,11
77:11,17 88:22
90:5,9 98:6
**FedEx's** 8:1
   66:25 67:4
**FedEx-wide**
   16:9
**feedback** 28:17
   29:21 36:11
**feel** 76:24
**fell** 42:8
**felt** 26:12 29:2,6
   29:9,21
**female** 12:12
   23:10,20
**females** 24:9,14
**field** 7:21 8:3,14
   8:25 9:17
   11:15 12:20
   13:13 19:21
   42:1 43:22
   44:7 58:6
   63:24 64:14,16
   65:3 76:10
   92:10
**figures** 59:23
**file** 21:21 61:3
**filled** 73:13
**financially** 99:7
**find** 32:21 34:12
   52:16
**findings** 27:4

**fine** 38:15
**finish** 38:11
**Firm** 2:5 99:16
**first** 5:1 45:17
   61:19 62:11
   71:8 72:23
   79:19,20 85:14
   90:5
**fiscal** 50:13,24
**five** 15:20 72:12
   72:13
**five-minute**
   40:12 88:14
**fix** 50:3
**flip** 51:17
**Floor** 2:13
**focus** 90:17 91:8
   91:17 92:13,16
**focused** 17:7
**follow-up** 84:25
   85:12,17 87:24
**followed** 48:25
   49:3 70:10
   73:21 84:19
**following** 51:12
   51:18 52:3
   55:15 57:3
   70:14 75:14
   98:14
**follows** 5:1
**force** 91:15
**foregoing** 97:3
**Forgive** 22:10
**form** 9:5 14:14
   16:25 19:6,13
   21:2 26:18
   27:9 28:5,9
   30:2,6,20 31:3
   31:11,14 32:11
   33:2,15 34:5
   34:21 35:1
   36:21 38:2,4
   39:22 40:5,24
   42:22 43:1,9
   43:18 44:19,24

47:23 48:17
49:1,4,23 50:8
50:19 51:22
52:21 54:15,24
55:24 56:11,16
57:8,22 58:9
58:24 59:14,20
60:17,25 61:17
61:21 62:15
63:13 64:23
65:24 66:7,12
66:22 67:13
68:13 69:4
70:5,17 71:18
72:6,19 73:1,6
73:13,23 74:3
74:16 78:10,15
78:18,18,21
79:9,13,23
80:21 81:2
82:13,22 85:23
86:10,13,19
87:16 88:11
90:8,22 92:17
97:6
**formal** 15:12
  16:8,13,19
  19:10 38:4
  40:7 62:20,22
**format** 27:16
  83:25 87:6
**formed** 92:16
  93:16
**former** 46:7
**formerly** 58:20
**forward** 37:16
**found** 53:18,21
  60:11
**frame** 15:8
  20:23 22:3
  47:12,16
**FRCP** 98:19
**Fred** 12:18
**front** 52:7 72:15
  78:7 91:11

**front-line** 41:17
**full** 74:8
**function** 9:15
**functions** 8:6
  9:13
**further** 31:16
  33:20 42:3
  98:19 99:3,6
**future** 17:14
  27:19 28:2,6
  28:12
**FX** 73:12

_____ G _____

**G** 4:1
**G-e-n-n-a-r-i**
  12:5
**gaps** 70:22
**Garcia** 47:5,10
  47:13,17 50:3
  50:5,9,18 51:1
  51:5 54:1,14
  55:4 56:1 57:4
  57:13,14
**gender** 93:10
**general** 42:13
  53:8
**generally** 30:21
  40:22
**generated** 18:3
  32:14
**Gennari** 12:3,4
  12:6,7
**geographic** 42:8
**geography** 8:1
  9:20,24 41:8
  42:2 57:10
**getting** 15:5,23
  21:9
**give** 41:3 53:14
  62:19,23 65:17
  75:6 78:9,24
  79:20 91:22
**given** 16:12
  70:14 97:4

98:17
**go** 5:11,25 6:11
  9:6 57:19
  64:20 66:14,16
  69:12 73:11
  82:14,24
**goal** 15:11 17:20
  18:5 46:18,18
  51:12,15,17,20
  52:3,6 58:3,19
  59:9
**goals** 17:22 31:5
  31:6,8 46:7,10
  46:16 48:16
  52:24 53:4
  58:18,23 59:8
  59:13,15,22
**goes** 22:10 57:17
  64:12
**going** 4:2 5:11
  28:16,17 32:21
  33:1 35:12
  36:18 37:16
  38:12,18 40:11
  45:13 46:5
  48:1,2,5 52:4
  56:14 57:1
  58:22 66:9,16
  66:18 68:4
  71:5 74:2 90:2
**Golden** 22:11
  23:7
**Golden-McEl...**
  22:11 23:9
**good** 4:14 5:4
  21:4 32:25
  59:6
**gotcha** 84:21
**Grant** 76:5,9
  77:7
**great** 32:21
**green** 6:13 81:11
**grew** 8:24
**group** 8:4 10:24
  35:9 36:5 91:8

91:10,17 92:13
93:15,17
**groups** 90:17
  92:16 93:15
**grow** 8:23
**growing** 14:9
  18:5
**grows** 9:16
**guess** 27:23
  35:13 43:10
  53:12
**guidance** 39:15
**guides** 16:18

_____ H _____

**H-i-d-e** 15:3
**H-y-d-e** 15:3,4
**Hacks** 2:13
**half** 70:6 76:13
**halt** 79:5
**hand** 4:23 60:21
**handwritten**
  60:24
**happen** 53:13
**happened** 7:12
  7:19 21:23
  36:9 71:11
  77:1
**happens** 40:23
  40:25 46:6
  52:19
**hard** 58:22
**Harris** 1:3 2:19
  4:5,12 8:9
  14:11 19:22
  20:18,19 21:18
  22:7,25 23:2
  23:21 24:18
  25:7,16 26:3,7
  29:1,2,23
  30:13 31:2
  32:6,9,24
  33:13,22 34:2
  34:24 36:25
  37:11 39:2,9

40:2 42:7
47:13,21 48:14
49:5,11,15
50:6,12,17
51:1,5 53:15
53:23 54:21
55:5,7,17
57:20 58:7,13
58:17,22 59:6
59:19 60:11,13
61:9,10,20
62:9,20 63:3
63:12 65:5,12
65:15 67:8
69:24,24 70:3
70:7,15 71:23
72:4,22 74:24
75:9 76:5,15
77:3,13 78:18
78:21,24 81:7
81:8,12,22
82:8,20 86:2,7
86:18 88:4,6
92:5 93:4 98:3
**Harris's** 6:5
  20:2,24 30:19
  33:25 34:19
  35:16 37:25
  46:23 47:18
  48:20 54:2
  55:9,21 61:6
  67:16,21 71:2
  74:25 75:3,18
  79:2 81:16
  82:11 83:11
  85:21 92:9
**Hayes** 68:18,23
**head** 41:1 54:3
  54:16,17,18,18
  55:16 58:5
**headquarters**
  42:5
**hear** 75:21
**held** 25:11
**help** 39:12 41:9

| | | | | |
|---|---|---|---|---|
| 63:22 91:10 | 22:12 42:16 | improving 40:10 | 49:5,10 75:12 | investigations |
| helped 92:18 | 91:22 98:2 | 80:12 | input 32:4,23 | 26:22 79:1,4,7 |
| hesitate 24:25 | HR 26:16 27:5 | in-person 28:22 | 44:22 | 80:14 81:5 |
| Hey 45:3 57:18 | 74:25 75:3,7 | 89:11,23,25 | inside 63:21 | invite 84:4 |
| 66:20 81:24 | 75:10,13 76:14 | 90:4 | 65:1 | invited 64:20 |
| 82:19 86:2 | 76:20,23 78:3 | inaccurate | insight 73:3 | 65:12 |
| 87:25 | 79:5,12,16 | 73:19 | instance 1:17 | involve 66:11 |
| hiccup 61:16 | 80:2,17 81:3,6 | include 17:15,15 | 93:23,24 | involved 10:11 |
| Hickman 22:9 | 81:9,21 82:5,5 | included 28:9,10 | instructed 28:3 | 10:14 93:17 |
| 23:15 | 82:8,10,19,23 | inclusion 90:11 | 28:4 70:25 | involving 75:8 |
| high 7:15 14:18 | 83:10,16 85:20 | 91:7 | instructs 5:14 | Irving 68:1 |
| 14:20,21,23 | 88:9 91:16,19 | increase 56:15 | intended 63:22 | issue 31:15,17 |
| 51:20 52:1,4 | Hurst 4:7 99:17 | 57:6 | interact 65:4 | 49:6,10,16,21 |
| 55:10,21 57:19 | Hyde 15:2 | increased 58:19 | interaction | 50:3 56:5,21 |
| high-performi... | Hypothetically | indicating 17:14 | 35:17 | issued 29:20 |
| 63:20 | 41:5 | 73:22 86:25 | interactions | issues 31:13 |
| higher 41:6 | | indicators 30:25 | 17:16 18:9 | 60:11 61:6 |
| 49:19 | **I** | individual 13:25 | 33:12,14,21 | 63:2,4,6 70:16 |
| hired 7:14 22:21 | ID 77:12 | 14:3,4,7,8 | 34:8,9,16,19 | items 39:12 74:9 |
| Hispanic 24:7 | identified 7:15 | 35:10,11,14,21 | 34:25 35:6 | 77:12 80:23 |
| holding 17:17 | 24:12 70:22 | 37:9,19,22 | interest 91:20 | 93:11 |
| 18:10 36:24 | immediately | 69:22 71:14 | interested 99:8 | Ivette 92:2 |
| holiday 93:13 | 29:25 79:25 | 93:18,20 | internally 62:12 | |
| Holley 22:11 | impact 32:15 | individuals 37:7 | international | **J** |
| 23:4 25:16 | 48:16 59:1 | 64:7,9 68:22 | 6:16 | J 2:12 |
| 26:3,7,12 | impacted 48:20 | 69:11 91:10,14 | interpreting | J-i-l-l 13:8 |
| 27:24 28:1,7,8 | 48:21 | industries 10:25 | 56:18 | Jaime 22:11 |
| 28:10,20 87:5 | impacting 49:24 | inequality 93:9 | interview 83:10 | 23:9 |
| Holley's 25:22 | importance | 93:10 | 83:17 84:16,17 | James 44:1 |
| 26:10,17 27:12 | 90:10 91:15 | inflate 33:10 | 84:22 85:14 | January 6:22 |
| 27:17 28:12,19 | important 31:9 | inflated 49:8,10 | interviewed | 65:12,16,19 |
| 87:8,11,14 | improve 39:24 | 49:22 51:11 | 26:21 81:6,9 | 68:3,4 71:23 |
| 88:8 | 40:10 | 52:6,6 58:20 | 87:7 | Jennifer 1:3 |
| Holly 68:18,23 | improved 40:8 | 59:8 | invest- 79:21 | 2:19 4:4,12 |
| home 5:23 6:1 | improvement | informal 36:8 | investigation | 19:21,25 22:7 |
| hopes 64:8 | 31:2 37:8,12 | information | 26:16,22,25 | 23:21 24:18 |
| hotel 69:9 | 37:13,15,20 | 16:12 53:3 | 27:3 79:11,14 | 25:7,16 26:7 |
| hour 40:12 | 38:1,5,24 39:3 | 93:14 | 79:17,22 80:3 | 29:19,23 39:4 |
| 85:16,24 89:14 | 39:9,14,18,20 | informational... | 80:17,20 81:1 | 39:9,15,23 |
| hour-long 85:19 | 40:1,4 72:2,5,8 | 65:3 | 81:7,16,21,25 | 46:23 47:5,10 |
| hours 70:6 | 72:10,13,15,23 | inherit 48:1 | 82:2,12,15,17 | 47:13,13,17,18 |
| 85:15 | 73:3,8,17,20 | inheriting 46:9 | 82:24 83:13,20 | 47:21 48:14,20 |
| Houston 1:2,23 | 74:5,6,10,13 | 46:13,24 | 84:23 85:22 | 49:5,11,15 |
| 4:8 5:18 6:8 | 78:25 80:22 | initial 84:23 | 86:1,23 87:2,8 | 50:3,5,6,9,12 |
| 7:22 8:20 | 86:18 | initially 29:10 | 87:11,15 88:8 | 50:17,17 53:15 |

53:23 54:1,2
54:21,25 55:5
55:7,9,14,17
55:20 56:1,12
56:19,22 57:4
57:13,14,20
58:1,7,13,17
58:22,25 59:6
59:18 61:5,9
61:10,19 62:9
62:20 63:3,12
63:16 65:5,11
65:15 66:2,14
67:8,16,21
73:4 74:24
76:4 81:7,7
82:8,20 85:21
86:7,18 88:4,6
93:4 98:3
**Jennifer's** 35:3
80:11
**Jill** 12:7 13:5,7,8
**Jim** 75:12
**Jo** 12:10,12 13:7
**job** 9:13,15
11:19 13:13
20:25 21:12
68:24
**joining** 4:13
**June** 10:2 20:1,3
20:19 61:24,25
62:13,17,19,23
63:1,9 73:7,16
74:4 79:20
**jury** 4:20 30:17
59:18

_____ K _____
**K** 1:20 98:12
99:15
**K-u-h-n** 76:8
**Karen** 44:1
**keep** 86:1 91:10
**kept** 60:12 61:1
62:8

**key** 20:11
**kind** 11:5
**knew** 20:9 21:6
56:12 85:22
**know** 10:8 17:2
17:17 18:2,14
18:20,25 19:7
20:2,5,8,10,10
20:12,15,19
21:4,18 26:7
26:19 34:18,23
35:12 37:8
38:12,19 48:4
49:21 51:15
52:15,16 53:4
53:6,8 57:11
64:9 68:8,9,25
72:16 75:20
77:16 79:24
80:7,24 81:4
83:7 87:1
90:10 91:20
93:8,9
**knowledge**
53:11
**Kristie** 75:15
**Kuhn** 76:6,9
77:7

_____ L _____
**L-a-m-b** 45:19
**lack** 63:6
**laid** 15:22
**Lamb** 1:11,17
3:5 4:4,22,25
5:4 6:11 38:10
40:18 87:25
88:21 94:22
96:2 97:10
98:10,15
**Laptop** 77:11
**large** 9:24 48:9
52:18 57:7
59:3,5,9
**lasted** 85:13

**late** 35:3,18
36:16
**lateral** 9:11
**Laura** 37:24
**lead** 8:5 31:25
32:3,5
**leader** 92:20
**leadership** 14:24
89:3
**leading** 8:4
**Leah** 1:20 4:6
98:12 99:15
**learn** 71:4
**learning** 71:7
**led** 72:10
**left** 77:11
**let's** 24:7,8
45:12,14 73:11
**letter** 61:18,22
62:13,23 63:1
63:9,14 72:7,7
72:22 73:4,7
73:17,21 74:4
74:7,12 77:6
77:18,19,24
78:1,3,5,13,25
79:1,20 87:24
**letters** 72:4
**light** 81:11
**limiting** 53:10
**line** 44:17 96:3
**lingo** 10:22
**list** 22:6
**listed** 18:21
**little** 28:6 38:19
42:3
**lived** 8:21
**located** 1:22 4:8
5:17,18,22
63:21
**location** 6:7 8:16
41:25
**logged** 95:2
**long** 20:12,15,19
20:21 85:10,13

89:13
**long-term** 30:25
**longer** 58:15
**look** 15:7 60:23
73:10 78:11
83:15 90:14
**looking** 22:4,23
44:2,16 50:25
51:2 57:11
80:16
**looks** 50:14
72:21 93:22
**loss** 46:13,14,18
48:1,2,4,10,13
48:15 50:22
51:19 56:14
57:1,2,6,7,15
57:16,18 58:6
58:14,18 59:10
**lost** 49:25
**lot** 10:21 48:7
**low** 21:16 55:10
55:21

_____ M _____
**M-i-c-h-e-l-l-e**
45:18
**M-u-l-l-a-l-l-y**
13:3
**ma'am** 9:6
**machine** 1:22
**maintained** 7:20
**majority** 34:11
38:3 39:8,11
39:16,19 40:3
45:9
**makeup** 24:2
**making** 30:4
43:11,16,22
45:8
**male** 23:6,8,12
23:14,16,18
24:7
**males** 24:9,13
**managed** 87:18

**manager** 6:5 7:6
7:7,16,23 8:3,6
8:8 11:14
13:16,18 14:17
15:9 19:20,22
20:1 25:4,6
38:6,23 40:3
40:19,20 41:5
41:15 45:22
46:5,6,8,9,13
46:25 51:25
52:10,14,14
54:20 58:11
64:11,19 71:6
89:2,7,9 94:10
**manager's** 42:18
**managerial** 7:1
7:4 20:5,9,12
25:11 90:5
**managers** 8:4
11:22,22 13:14
14:2,12 24:6
39:1,7 52:23
54:4,13 64:4,6
65:6 68:6,10
68:19 69:1,20
90:17
**managing** 7:21
8:14 9:17
11:14 19:21,23
22:21 58:5
76:9
**March** 4:17
**marketing** 6:17
**Mary** 68:16,23
**material** 70:24
71:4,7,13
**Matt** 22:15
23:17
**matter** 4:4 35:20
**mean** 9:8
**meaning** 10:19
**means** 10:23
14:7 21:12
49:18 56:25

measurable 17:6
 17:10
measure 16:24
 16:24 17:2,3
 18:8,11,14
 19:4 33:24
 36:24
measured 16:21
 18:21 19:8,16
 33:12
measuring
 17:13
meet 58:23
 59:12 72:10
 90:17 92:22,25
meeting 16:14
 27:16,20,21,23
 28:11,12,14,15
 28:19,22 31:5
 31:8 34:3,24
 36:2,3,4,5,7,8
 66:11 68:2
 70:8 76:2,4
 77:1,2,3,5,6,9
 77:20 83:19
 84:2 87:18
meetings 27:18
 28:4,7,8 36:16
 93:7
meets 15:24
memory 25:1
 80:1
Memphis 2:14
 65:7,11 66:2,3
 66:14 67:24
 68:6 89:10,25
 90:4,12
mention 66:10
mentioned 24:6
 31:25 33:11
 35:10 66:8
 77:20
mentor 64:21
message 88:12
 93:19

met 35:18 71:16
 72:14 76:19
metrics 30:23
Michael 83:23
 84:11,14,15,18
 85:4,20,25
 87:7 88:10
Michelle 1:11,16
 3:5 4:3,25
 87:25 96:2
 97:10 98:10,15
Michigan 6:25
 7:16 8:20
million 48:6,7
 48:11,15 59:15
 59:19
million-dollar
 57:16 58:6,17
 59:10
Millner 22:13
 23:11 69:6
mind 17:13 63:8
 76:21
Minutes 85:15
mirrored 63:15
mis- 13:6
missed 59:15,19
mistake 50:5,16
 50:25 51:4,8
 51:20 52:1,18
 53:17,21 56:5
 56:9,12,13,17
 56:18,21,25
mistakes 52:24
module 90:20
modules 90:16
 91:4
moment 20:22
 21:25 22:4
 63:8 72:16
monitored 16:21
monthly 93:2,7
months 50:2
morning 4:14
 5:4

move 8:12,17,18
 9:10,11 37:16
 41:8 42:17,19
 42:19 46:5
 55:3 58:6
moved 9:1 10:6
 16:3 19:18,20
 19:23 43:2,4,5
 46:23 47:13,18
 54:1,14 55:1,5
 55:23 56:2
 57:5,7,15
movement 43:12
moves 43:20
 89:3
moving 37:7
 40:19 45:21
 55:4
Mullally 13:1,2
 13:4
multiple 30:8
 53:19 59:17
 85:19 87:3,10

———— N ————

N 2:1 3:1 4:1
name 4:6 5:4 6:9
 11:25 12:3,8
 12:23 13:1
 35:25 37:10
 44:1 45:17
 76:7 92:3
names 22:7
naming 35:14
nature 35:22
near 39:4
necessary 76:24
need 24:11 32:3
 32:22 38:7,10
 38:23 39:2,5
 39:20 40:25
 42:17 43:5
 52:23 66:20
 69:9 71:6
 80:12

needed 31:2
 37:16 38:4
 39:12,13,15,23
 40:6,10 55:8
 70:23
needs 39:7 56:15
 57:6 69:22
 87:25
negative 25:25
 26:4
negatively 48:15
 48:19,21
neither 68:22
 99:3
network 64:24
 91:12
networking 65:3
neutral 50:23
never 78:21
new 10:6 46:6,7
 46:9,13 59:8
 63:6,10 89:2,6
Nick 12:3,6,7
nominees 91:18
 91:19
non-white 23:24
normal 38:20
 48:24 49:3
 51:7
northern 42:16
 76:13
Northglen 99:17
note 67:10
noted 97:6
notes 35:13
 36:19 47:20
 61:2 62:8 67:5
 70:9 75:3
 88:15
notified 79:25
 87:13,14
notify 81:21
 82:25
number 31:4
 53:14 54:19

numbered 1:19
numbers 31:15
 31:17 33:10
 51:18 59:1
numerous 35:7

———— O ————

O 4:1
oath 4:24
object 9:5 14:14
 16:25 18:18
 19:6,13 21:2
 25:25 26:18
 27:9 30:2,6,20
 31:3,11,14
 32:7,11 33:2
 33:15 34:5,21
 35:1 36:21
 37:2 38:2
 39:22 40:5,24
 42:22 43:1,9
 43:18 44:19,24
 47:23 48:17
 49:1,4,23 50:8
 50:19 51:22
 52:21 54:15,24
 55:24 56:11,16
 57:8,22 58:9
 58:24 59:14,20
 60:16,17,25
 61:17,21 62:15
 63:13 64:23
 65:24 66:7,12
 66:22 67:13
 68:13 69:4
 70:5,17 71:18
 72:6 73:1,23
 74:16 78:10,15
 79:9,13,23
 80:21 81:2
 82:13,22 85:23
 86:10,12,19
 87:16 88:11
 90:8,22 92:17
objection 4:21

39:10
**objectionable** 4:19
**objections** 5:12
**objectively** 34:2
**objectives** 72:12 72:14
**objects** 5:13
**occasion** 64:6
**occasions** 87:3
**occur** 53:11 94:3 94:6
**occurred** 10:4
**occurring** 94:8
**occurs** 62:23
**offered** 3:14
**office** 5:19,20,21 5:21,22,24 6:6 36:10 65:10 77:5 83:17
**officed** 6:7
**officer** 12:11 13:9
**offices** 63:22 65:1
**official** 16:14 30:7
**oftentimes** 35:2
**Oh** 13:6 26:5 38:21
**Ohio** 6:14 8:24
**okay** 5:7,10 10:21 25:10 26:1 28:2,14 31:1 33:21 35:16 37:17 38:11,13 39:6 39:16 40:12,21 44:11 45:17,21 46:3,19 47:9 47:25 50:5,11 53:7,10 54:21 55:16 56:1,13 57:14 58:4,11 58:11 60:2,10

60:18,20 61:24 62:24 69:1 72:21 73:25 80:25 88:13,16 95:3
**once** 51:19 90:25 91:2
**one-million-d...** 58:14
**one-on-one** 36:5 36:6 76:2
**OneNote** 61:3 62:7 63:12 74:19,20,23 75:2
**ones** 34:12
**ongoing** 79:1,4 80:17,25 81:1 86:23 87:1
**online** 90:15,20 91:4
**open** 28:16
**opinion** 70:4
**opportunities** 31:24 32:3
**opportunity** 32:22,22 65:3 77:18
**option** 51:10,13 51:14 52:6
**options** 52:11
**oral** 1:11,16 30:9,18 98:9 98:16
**organization** 9:16 10:18 19:9 41:11 43:6 92:20
**organizational** 44:3,16
**orientation** 93:11
**original** 95:1
**originally** 48:1 65:15

**Osteen** 1:20 4:6 98:12 99:15,16
**osteenreporti...** 99:18
**outcome** 99:8
**outlined** 72:12 80:23
**outside** 80:5
**overpaid** 49:5

---
**P**

**P** 2:1,1 4:1
**Pacific** 2:6
**PAGE** 3:2,13 96:3
**pages** 97:3
**paid** 68:7,12
**paper** 45:15
**Paperwork** 16:18
**part** 26:21 33:24 52:12 57:5 59:7,7 64:2,13 81:6 83:13,20 85:21 87:8 89:16,18 91:3 91:17
**participants** 65:4
**particular** 20:22 21:13
**parties** 99:4
**party** 98:21 99:2
**passion** 91:20
**Pathway** 65:4,7 66:9,11,17,19 67:11,22
**Pathways** 63:17 63:19 64:12 65:11 67:9,24 68:3,6,11 69:12
**Patrick** 11:25
**pay** 9:9 65:22
**peer** 44:4,9,14

76:5,18
**peers** 23:2 29:7 71:1,3,7
**pending** 79:5
**people** 17:17 18:10,16 22:17 25:17 31:9 36:24 37:18 68:15 69:3 76:4 93:25
**percentage** 45:11
**perform** 8:5 27:18 93:12
**performance** 14:21,23 15:5 15:7,10 16:3 16:13,16,22 17:8,10,14,14 19:11,16 20:25 20:25 21:4,5,8 21:11,19 29:20 30:8,19,22 31:4,25 32:15 33:25 37:8,12 37:13,15,20 38:1,4,24 39:3 39:8,14,17,20 39:24,25 40:4 40:6,9,9 48:16 48:20,21 59:21 60:11 61:6 62:24 63:2,4,5 72:2,5,8,10,13 72:15,23 73:2 73:3,8,17,20 74:5,6,9,13 78:25 80:11 86:18
**performed** 8:6 21:12
**performer** 7:15 14:18,20 21:16
**period** 50:1
**periodically**

90:9
**person** 35:17 36:15 41:18 44:13,18,20 45:14 52:25 53:1 58:5 87:7 88:8 89:3 91:25 92:1,2,5 92:8,11,23
**person's** 93:24
**personal** 18:15 19:1 62:8
**personally** 50:20
**perspective** 11:8 33:16,17
**phone** 64:8 84:19,23,23 85:3,6,19,25 87:10,19,21
**phrase** 27:21
**phrased** 26:3
**pick** 74:2
**piece** 45:15 65:2
**PIP** 37:8 80:25 81:8,10 86:8
**PIPs** 80:24
**place** 27:16 35:3 49:6 55:3 64:25 65:12 67:4 80:9 83:18 89:2,10
**placed** 4:24
**Plaintiff** 1:4,18 2:4 4:12 98:4
**plan** 21:20 37:12 37:14,15 38:1 38:24 39:14,18 39:20 40:1,4,7 72:2,10,13,15 72:23 73:3,8 73:17,20 74:6 74:10,13 86:18
**plans** 37:8,8,20 39:3,9 72:5,8 78:25

please 38:16
  62:16 75:1
pleased 69:23
plus 18:5
point 6:4 58:23
  63:16 76:24
  92:11
pointing 74:1
policies 89:4
policy 16:23
  17:1 19:15
  52:12,15,16
poorly 33:5
position 6:23,24
  7:1,4,16,20 8:2
  8:9,19 9:2 10:7
  19:23 21:13
  24:4 75:14
  89:3
positions 9:25
  10:2
possible 59:24
  66:1
possibly 69:6
post 6:12
postgraduate
  6:18
potential 14:25
  79:6
potentially
  64:21 89:7
power 94:11
pre-COVID
  28:23
present 2:18
  27:17 76:14,18
presently 5:23
president 11:24
  12:2,22,25
  43:19 44:6
President's
  50:12
pretty 29:7 31:8
prevent 94:16
previous 20:5

previously 30:24
  65:10
price 49:8 58:20
prices 59:9
pricing 17:15
  18:9 31:24
  32:4,9,19,23
  33:1,6,9 49:10
  49:16,21 50:1
  53:17 56:5,18
  56:21 63:7
primarily 10:20
  91:25 92:24
primary 9:15
prior 6:20 7:3
  20:2,6,13,25
  21:8,19,23
  25:17 30:4,12
  30:17 53:17,21
  61:25 62:17,19
  63:1 65:16
probably 5:10
  21:13 24:8,10
  31:16 39:25
  63:7
problems 32:9
  32:13 33:13,17
  34:13,15 36:25
  37:4
Procedure 1:24
proceeded 71:12
proceeding 99:5
Proceedings
  95:6
process 16:8
  38:17 40:19,22
  42:20 45:21
  48:24 49:3
  51:7 61:5 64:2
  71:21 80:13,19
  80:24 86:9
  87:4
produced 1:17
productive 32:2
professional

43:4,17 54:25
professionals
  10:25 54:19
  57:10 91:19
program 63:18
  63:19,19,22
  64:1,5,12,25
  65:11,19 66:11
  67:9,22,24
  68:6,11 69:13
  69:18,25
Programs 65:7
progressive
  80:13,18 86:8
  86:8
promote 21:15
  64:9
promoted 7:15
  7:21 8:14
  14:16 15:9
  63:24 64:18
promotion 9:3
promotions 21:6
  21:10
property 77:11
propounded
  97:5
provide 74:23
  75:2 91:12
provided 36:11
  71:14 72:17
  77:6
providing 50:4
provisions 1:24
purpose 17:8
  66:9 84:6 85:8
  90:19
purposes 39:13
pursuant 1:23
  98:19
pursuing 11:8
put 4:20 37:11
  37:13,14 39:2
  39:8 67:4
putting 33:9

                Q
quality 31:16,19
  31:23 34:18,23
quantity 33:16
  34:24
question 18:19
  33:20 34:22
  38:11,16,21
  41:16 42:12
  53:10 55:15
  56:20 61:7
  64:3 75:1
  79:25 80:7
  90:3,24
questions 5:6
  38:20 52:17
  70:9,20 77:19
  77:20 81:3
  83:20,24 84:8
  84:11,16,17,18
  84:20 85:8,12
  86:3,14 94:22
  97:5
quick 59:25
quickly 50:4
  70:21
quite 32:20
  77:16

                R
R 2:1 4:1
race 23:4,5 29:8
  29:10 93:22
  94:3,6
racial 24:2
  93:10 94:4
raise 4:22
react 94:16
read 77:18,25
  97:3
realign 43:16
  54:12 57:10
realigned 45:3
realignment
  43:12,14

really 59:3,6
  91:14 93:13
realm 53:11
reaps 56:22
reason 8:16
  55:22 96:3
reasons 77:22
  78:9,14 98:25
Rebecca 22:9
  23:19 69:5
recall 16:1 20:10
  20:14,21 21:21
  21:24 27:10
  29:10,14,15
  31:15 35:5
  36:8 66:13
  68:3 69:5
  75:23 77:15
  78:16 80:15
  81:20,23 83:2
  85:11 86:14,20
  86:25 88:5
  91:5
recap 84:20
recapping 84:25
receipt 98:23
receive 27:11,14
  46:10 48:10
  61:10 82:16
  88:3,21 89:6
received 21:18
  30:5 35:2
  48:13 50:12
  68:6 78:21
  83:19 87:15,17
  88:24
receives 49:15
  51:8 59:10
receiving 48:15
  53:2 88:5
Recess 40:16
  60:4 88:18
recommendati...
  44:25 45:11
  54:5,6,8

recommendati... 45:2,7,8,10
record 1:25 4:2 4:10,21 35:15 40:15,17 60:3 60:5 73:25 88:17,19 98:17 99:7
recorded 4:19
recordings 4:18
records 7:10 22:23 60:12,23 60:24 80:16
reduce 65:25
refer 35:13 46:2
referenced 19:8 30:24 90:6
references 67:10
referred 6:10
referring 47:20 56:17 61:18 68:19
refine 63:23
refresh 80:1
refused 77:7,8
regarding 75:8
region 42:8
Registration 99:16
regular 16:15 90:16,18
reiterate 4:17
related 32:20 99:4
relative 91:11 99:6
relatively 77:3
religious 93:14
relocated 8:19
remainder 24:8 24:13
remember 15:23 15:25 22:1,22 35:23 36:12 42:7,10 46:19

47:12,16 53:19 54:9 75:24 78:5,13 79:22 80:5 85:5,7 89:24 90:2
remembering 72:3
remotely 1:12 1:21 2:1 4:4,7
removed 51:11 52:7
rep 39:8 45:25 46:5 47:4,18
repeat 34:22 38:16 41:16 47:15 56:20 75:1
rephrase 15:6 18:12,19
report 11:23,24 12:1,6,14,21 12:24 13:4 24:19 34:15 44:4,18,20 54:19
reported 1:21 12:22,25 13:5 20:18 44:7 53:16 54:4 60:14 68:19,22
reporter 4:2,22 38:13 40:15,17 60:3,5,15,18 60:20 74:2 88:17,19 94:25 95:3,5 98:13
Reporter's 3:9 98:9
reporting 4:7 13:22 19:25 21:8,24 24:16 24:21 44:13 92:6 99:16
reports 11:15,16 11:17,18,20,21

12:2,7,20 13:10,12,15 16:4,15 17:3 17:23 18:8,12 18:22 19:5,11 19:12,16 22:7 24:1,3 25:5,13 28:20 33:22 37:11 44:6 94:11
representative 41:13,14,17,22 42:20 55:8,23 85:20 91:24 93:18
representatives 13:19,21,24 38:23 54:22,23 55:7 75:10 91:17 92:19
reps 38:9 39:3
request 10:4 51:10 66:24 67:15 72:18 73:6,12 74:3 78:17 81:14,15 82:2 83:19,22 84:2
requested 67:10 98:21 99:1
required 74:9
requirement 76:18
reside 10:19
resort 86:16
respect 63:5,6 92:21
respond 50:4 81:4 83:19
responded 83:24 83:24 84:8,16
responds 66:5
response 71:2
responses 84:20 86:14

responsibilities 20:11 25:11 64:17
responsibility 41:1,6 50:3
responsible 14:9 43:20
responsive 84:12
restroom 88:15
restructure 10:5 10:12 19:25
restructuring 10:8,15
result 10:6 19:24 31:23 32:22 82:16 83:11 88:1
resulted 27:3
results 26:24 27:2 40:8 70:21 81:25 82:11,15,24 83:7 86:22 87:1,14
retained 61:2
retaining 14:10
retaliation 29:15 29:18,22 30:1 83:4 88:22 89:17 90:7,21 94:19
retired 75:13
retirement 75:14
retract 30:10
returned 98:23 98:24
revenue 9:16 14:9 18:3,6 41:1,6 46:10 46:12 49:9,22 51:11,16 52:6 54:3,13,16,17 55:9,20,21

56:15 57:6 59:22
review 15:16,16 16:8
reviewed 90:16
reviewing 70:7
reviews 14:21 14:23 15:7,11 15:12 16:4,13 21:5,5
reward 56:22
RFT 81:13 82:3
Richard 22:11 23:4 25:16,21 26:7,10,12 27:16,17 28:7 28:8,10,12 87:5,8,11,14 88:7
right 4:23 5:4 12:17,19 19:18 25:15 41:22 42:17 44:17 45:12,22 49:13 49:14 54:14 56:3,4 57:1,21 58:5,23 61:4 62:14 64:15 65:13,19,20,23 66:6,23 68:1 71:17,20 72:3 72:25 73:2 74:15,17 79:10 86:22 89:22 93:25 94:7,21
ring 53:18
Road 2:13
role 17:6,18 18:24 19:1,21 20:2,6,9,12 90:5 92:12
roles 25:10
roll 71:4,12
rolling 69:24 70:25

rollout 69:19
  70:7,12,21
room 28:13 76:3
  76:20,25
roughly 9:23
Rule 98:19
Rules 1:23
Russell 12:23,24
  27:15 44:8
  87:22 88:7,8
  88:12

─── S ───

S 2:1 4:1
S-o-l-g-o-t 92:11
safe 93:25
sales 7:16,22,23
  7:24,25 8:3,8
  8:15,25 9:2,10
  9:14,18,21
  10:1,5,7,12,17
  10:24 11:15,22
  11:24 12:2,11
  12:20,22 13:1
  13:9,13,14,16
  13:18,19,21,24
  14:2,3,12,17
  17:19,22 19:21
  19:22,25 20:1
  24:6 31:5,6,8,9
  31:23 32:2
  38:6,22,23
  39:1,3,7,8 40:2
  41:10,13,14,15
  41:17,21 42:1
  42:18,19 43:4
  43:17,23 44:7
  45:25 46:5,7
  46:24 47:4,18
  48:16 51:25
  52:14,14,23
  54:13,19,22,23
  54:25 55:7,8
  57:10 58:6
  63:21,24 64:4

64:6,11,14,17
  64:19 65:1,4,6
  68:5,10 69:1
  76:10 91:15
  92:10,20
Sanford 2:5,5
  3:6 4:11,11,12
  5:3,5 25:23
  26:1,5 38:11
  40:11 60:1
  61:13,14 88:13
  94:21 95:2,4
sat 33:18 34:10
  34:12
satisfaction
  71:16
satisfactory
  15:24
saw 61:6 63:3,11
saying 35:18
  39:13,19 59:11
  66:5,20 87:24
says 53:15 57:18
  73:12,16 74:4
  74:12,18 78:12
scale 15:19
scenario 15:13
  33:4,8 41:3
  45:12 46:4,6
scenarios 42:24
  43:7
school 6:11
screen 45:13
Seagraves 37:10
  37:19,23
second 37:14
  72:2,10
see 18:16 24:7,8
  27:21 36:9,25
  37:6,6,9 38:5
  39:1 45:14,15
  52:9 67:11,14
  73:15
seeing 21:21
  29:10

seen 14:24 21:15
segments 11:1
Segovia 37:24
selection 64:2
send 84:7 94:25
sends 84:2
senior 12:2,25
sense 44:18
sent 22:2 83:22
  84:5
separate 84:10
  84:10,14
September
  74:12
series 85:7 90:15
service 55:22
Services 1:6 4:5
  12:15 46:20
  47:4,12,17,25
  48:2,24 49:6,8
  52:18 53:17,20
  53:25 54:14
  55:5 56:1,6,22
  57:4,12 58:15
  58:20 59:1
  98:6 99:16
Services' 49:9
Services-wide
  16:10
sessions 74:18
  74:24
set 18:2,3,4
  24:25 83:16
  84:6
sets 18:1
setting 17:22,25
seven 11:18 24:6
  25:2
sexual 93:10
share 45:13
  93:13,13
shared 6:7
ship 10:20
shipments 11:3
short 45:23 77:6

shorthand 1:22
  11:12 98:12
shortly 29:20
  81:13
show 59:16,17
  59:21 64:14,16
showing 73:11
sic 12:10 15:7
  46:24 88:6
  91:6
side 51:17
sign 77:7,8
signature 95:1
  98:20
signed 77:7
significantly
  41:6
Similar 85:18
sit 34:7 81:24
  82:10,14,23
situation 55:2
six 13:17,18,20
skills 63:23
slides 70:13 91:4
slur 94:4
smaller 45:10
SmartPost 6:8
  6:10
Smith 12:18
snowing 80:5
Solgot 92:11,15
  93:6
Solgot's 92:12
somebody 83:17
sorry 13:6 18:19
  25:24 32:1
  41:16 47:7,15
  50:17 51:23
  55:4 58:15
  60:19,22 61:7
  61:8,15 67:2
  69:7 73:25
  75:21 84:13
  86:12 92:14
  94:15

sound 49:13
  56:3
sounds 10:21
  11:4 32:16
  49:14 56:4
  64:19
southern 1:1
  9:19 98:1
speak 10:9,10
  15:21 21:3,7
  53:8 64:17
  91:24
speaking 30:21
  31:1 34:2
speaks 41:13
special 93:13
specialty 10:24
specific 10:17,25
  11:1 18:4,4,14
  19:3,7 35:6
  39:12,24 41:8
  41:8 43:21
  51:2 59:22
  64:10 84:11,15
  87:18 93:14
specific- 79:18
specifically 10:9
  11:2 27:10
  58:12 66:9
  79:18 81:10
specifics 15:22
  21:7 29:4
specified 8:1
spell 12:4,8 13:2
  35:25 45:17
  76:7 92:3
spent 70:6
spin-off 50:1
spoke 87:2
spot 5:25
stand 91:6
standpoint
  32:20
stands 11:9
start 6:20 58:15

60:10 71:21
  83:18
**started** 6:22
  7:12 61:5
  70:20 79:22
**starting** 6:23,24
**starts** 36:16
**state** 1:21 4:9
  6:13 17:12
  76:13 98:13
**stated** 1:25
  19:24 82:23
**states** 1:1 9:23
  98:1
**Steve** 35:24 36:9
**stipulations**
  1:24
**stop** 16:13
**strategic** 35:22
**stretch** 18:5
  46:10,18 52:3
  58:19 59:9
**strong** 39:15
**Structurally**
  44:2
**structure** 16:17
  16:19
**struggle** 90:1
**struggles** 91:13
**stuck** 58:2
**subject** 53:20
  91:20
**submission**
  81:13
**submit** 81:15
**submitted** 4:20
**Subscribed** 99:9
**substance** 97:6
**substantiated**
  27:6,6,8 83:1
**suburbs** 42:16
**succeed** 17:18
**success** 17:6
  18:24 19:1
  30:25

**successful** 21:14
**sufficient** 37:6
**Suite** 2:6
**suited** 81:3
**summarizes**
  29:7
**summertime**
  80:6
**supposed** 52:15
**sure** 10:24 18:23
  24:10 38:19
  41:10 42:11
  50:24 54:9,11
  55:16 58:4
  70:24 81:19
**surprise** 65:5,9
**surrounding**
  22:2 26:17
  75:5
**swastika** 94:7
**swear** 4:23
**sworn** 1:18 5:1
  98:16 99:9
**symbol** 94:7
**symbols** 94:6
**system** 24:12
  32:4 66:25
  67:4,9,11

_____
      **T**
**table** 79:14,16
  80:2,8
**take** 40:12 42:3
  51:9 57:25
  59:24 65:20
  66:5,14,16,18
  69:15 80:9
  83:18 88:14
  89:24 91:3
**taken** 1:18,23
  5:8 40:16 60:4
  88:18 99:6
**takes** 17:18
  64:25 89:2
**talk** 40:18 41:14

45:12 58:12
  93:6
**talked** 63:11
**talking** 17:9
  57:12 74:21
**talks** 41:13
  91:22
**targets** 11:2
**taught** 93:21
**teach** 64:20,24
  71:7 89:24
  93:6
**teaching** 64:25
**team** 10:6 11:7
  18:1 19:25
  20:6,13 21:1
  21:19 22:18,19
  23:22 25:2
  27:17 28:13,16
  32:15 33:19
  34:3,8,16,20
  34:24 35:6,10
  35:17,18 37:5
  37:17,18,25
  38:3 39:8,11
  39:17,19 40:3
  41:2 42:18
  47:18,19 53:5
  53:6,10 54:2,2
  56:6 57:5,7,19
  58:7,14,18
  64:13 68:10
  69:25 70:8,13
  70:25 71:13
  87:18 91:25
  92:2
**teams** 92:9
  93:20
**technically** 9:7,8
**tell** 10:3 14:19
  19:4 21:10
  22:20 31:22
  33:4 40:22
  49:12 57:24
  65:20 66:16

75:18 77:13
  78:11 79:12,16
  81:9 82:19
  85:12 86:1,7
  86:16,22
**telling** 22:5
**tells** 66:18
**ten** 15:19 50:1
**Tennessee** 2:14
**terminate** 71:22
  81:11 82:8
  86:2
**terminated**
  14:13 77:14
  78:8,19
**terminating**
  76:15 77:23
  80:19
**termination**
  72:11,18 73:6
  73:13 74:3,25
  75:4,5,19 78:9
  78:14,17 79:6
  81:14,15 82:2
  86:6 92:10
**terminology**
  27:10 43:13,14
  78:4
**terms** 16:21
  17:13
**territories** 9:18
  9:22 44:23
**territory** 14:10
  41:7,24 42:8
  42:13 43:17
  63:24 76:12
**test** 91:3
**testified** 5:1
**testimony** 98:17
**Texas** 1:1,21,23
  2:7 4:6,7,8
  5:18 6:8 7:22
  8:12,21 9:19
  16:3 19:18
  76:13 98:1,13

99:15,17
**Thank** 5:16 13:9
  47:2 60:2,18
  94:22,23,24
  95:5
**thereabouts**
  13:20
**therefor** 98:25
**thing** 32:16
  79:10
**things** 17:7,18
  63:7
**think** 14:16
  17:10 18:7
  25:24 26:4
  33:8,11 36:23
  37:17,25 38:21
  39:16 40:3
  45:3 61:22
  68:15 75:21
  83:3 88:13
**thought** 13:6
  29:4 37:17
**thousand-** 7:9
**three** 69:11 70:6
  72:13 76:4
**time** 6:5 15:2,8
  15:11 20:15,17
  20:18,23 22:3
  22:24 36:12
  39:2 44:7
  47:12,16 51:5
  57:13 60:13
  61:19 62:11,16
  67:17,18 69:16
  71:8 74:9,25
  75:3,5,24
  77:16 78:24
  81:10 83:16
  84:6 86:3 91:1
**timeline** 7:11
  29:23 82:1
**times** 34:3 91:1
**title** 11:19 12:10
  20:10 68:24

| | | | | |
|---|---|---|---|---|
| **titles** 13:13 | 92:20 | **U** | 66:24 67:5,8 | **wanted** 54:12 |
| **today** 5:6,17 | **trip** 66:2,3 | **U.S** 9:23 | 67:16,18,21 | **wants** 66:14 |
| 77:17 78:8 | **true** 19:16,17 | **Uh-huh** 47:16 | **varied** 13:17 | **warning** 62:1,2 |
| 94:22 | 23:2 26:8,9 | 52:2 62:17 | **varies** 43:5 | 72:8 74:13 |
| **told** 5:10 26:24 | 30:1,14 31:10 | **ultimately** 32:4 | **variety** 49:24 | 79:1 |
| 27:2,3,5,7 29:4 | 31:12 33:1,8 | **umm** 52:19 | **vast** 45:9 | **wasn't** 10:11 |
| 29:7,8,12 | 33:10,25 34:4 | **uncovered** 31:24 | **verbal** 30:21 | 27:24 28:1 |
| 36:23 37:15 | 34:8 35:19 | **uncovering** 32:3 | 62:1,2 | 29:6 31:5 |
| 53:15 57:25 | 39:9 41:15,19 | **underperform...** | **versus** 41:7 45:7 | 66:11 88:9,10 |
| 80:2 | 41:20 42:5,6 | 37:5,18 | 46:7 | 89:20 |
| **Tom** 37:10,18 | 46:25 48:2,3 | **understand** 5:15 | **vertical** 10:18 | **way** 8:12 26:3,3 |
| 37:22 | 48:20,22,23,25 | 26:5 46:22 | 10:19,22,24 | 54:9 82:25 |
| **top** 17:13 | 49:2,8,16,19 | **understanding** | 11:1,4 | 87:17,20 |
| **topic** 89:5 | 50:7,12,17 | 10:13,16 14:6 | **verticals** 10:17 | **we'll** 4:20 86:22 |
| **topics** 88:25 | 51:1,5,6,21 | 20:24 25:12,21 | **vice** 11:24 12:2 | **we're** 57:11,12 |
| 91:11 93:1 | 55:18 56:7 | 26:10,12 28:25 | 12:22,25 43:19 | **we've** 4:16 40:11 |
| **touch** 9:23 | 57:17 58:7,20 | 29:2,17 30:3 | 44:6 | 55:16 |
| **touch-base** | 58:21 59:4 | 53:25 61:7 | **videographer** | **week** 75:19,23 |
| 28:15 | 62:21,22 65:17 | **understood** | 2:5 | 89:13,15,16,20 |
| **traffic** 4:16 | 65:18 66:25 | 70:24 | **VIDEOTAPED** | **well-planned** |
| **trained** 18:15 | 67:3,6,11,14 | **unfair** 27:4 | 1:11,16 98:9 | 32:2 |
| 94:2 | 67:22 68:12,14 | 29:11 30:13 | **Virginia** 92:11 | **went** 6:13 10:5 |
| **training** 19:3,10 | 69:13,14 71:23 | **unfairly** 29:3,5 | 92:12,15,20 | 47:4 68:1,2 |
| 88:21,24 89:1 | 71:24 72:19,20 | 29:9 | 93:6,16,19 | 70:11 71:9 |
| 89:2,6,10,11 | 74:7,8,14 | **unique** 38:17 | **visible** 64:7 | 87:4 |
| 89:17,21,23,25 | 78:19,20,21 | **UNITED** 1:1 | **visual** 45:14 | **weren't** 10:14 |
| 90:4,6,9 | 79:2,3 81:1 | 98:1 | **volunteer** 86:17 | 69:23 |
| **transcript** 98:16 | 82:8 83:11,12 | **University** 6:14 | **VP** 19:8 27:15 | **Whaley** 35:24 |
| 98:24 | 83:13 84:12 | **unnecessarily** | 43:22 44:5,21 | **Wheeler** 22:15 |
| **transcription** | 87:15,18 89:8 | 33:9 | 44:25 45:2,8 | 23:17 |
| 97:4 | 94:8,9 98:17 | **unsubstantiated** | 45:10 54:5,7 | **white** 23:6,8,10 |
| **transfer** 48:23 | **two** 7:9 22:17 | 82:21 83:1 | **VPA** 43:19 | 23:12,14,16,18 |
| **transferred** | 24:25 25:2,17 | **unsuccessful** | **vs** 1:5 4:5 98:5 | 23:20 24:8,13 |
| 56:14 | 36:20 72:3,4,4 | 72:1 | | 24:14 69:13 |
| **transition** 10:3 | 72:8 75:12 | **unusual** 38:6,22 | **W** | **win** 14:19 |
| **travel** 65:23 | **type** 7:24 15:5 | 52:19,22 53:13 | **W-h-a-l-e-y** 36:1 | **wins** 59:7 |
| 91:21 | 27:21 28:14 | 53:16 | **Wait** 68:15 79:6 | **witness** 1:17,22 |
| **traveled** 68:11 | 80:14 86:3 | **use** 16:7 18:11 | **waited** 80:13 | 4:7,24 38:14 |
| **treat** 94:11 | **types** 27:18 28:8 | 43:15 88:15 | **walk** 7:11 42:25 | 40:14 59:24 |
| **treated** 29:3,5,9 | 43:20 | **uses** 94:4 | **Wallace** 75:13 | 60:2 77:8 |
| **treating** 29:6 | **typical** 48:8 | **usually** 41:25 | **want** 28:18 | 94:24 96:2 |
| 93:23 | **typically** 31:23 | | 40:18 41:9 | 98:15,18 |
| **treatment** 27:4 | 40:25 41:12 | **V** | 43:10 53:12 | **word** 29:14 |
| 29:11 30:13 | 43:14,20 67:18 | **vacation** 66:6,8 | 57:18 69:15 | 62:18 |
| **tremendous** | | 66:10,14,16,19 | 76:20,22 83:7 | **words** 27:5 |

54:12
**work** 5:23 6:1
 11:2 42:21
 46:8 65:2
 91:23 93:25
**work-** 6:20
**Workday** 24:12
 67:15
**worked** 14:11
 20:16,19 22:25
 39:2 65:10
 75:7,10 76:23
**working** 6:21,22
 93:19
**workplace** 88:23
 89:18 93:22
 94:3,16
**worldwide** 9:2
 9:10,14,21
 10:1,7,17
 11:22 24:4
**wouldn't** 19:7
 21:3 33:19
 43:10 53:3
**write** 45:13 61:4
 63:9 92:18
**write-up** 21:20
**written** 29:24
 30:21 61:2
**wrong** 27:20,23
 70:3
**wrote** 4:17
 61:19 63:12

— **X** —
**X** 3:1 87:25
**XX** 98:21

— **Y** —
**Y** 87:25
**yeah** 18:20
 41:17 59:5
 60:17 62:17
 75:2 84:14
 95:4

**year** 22:22 50:11
 50:13,24 51:12
 51:18 52:3
 57:3 59:6,8,22
 90:25 91:2
**years** 15:21 16:1
 22:10 90:1
**you-all** 44:16
 45:22

— **Z** —
**Z** 87:25
**ZIP** 42:2,4,8,10
 43:2,3,4,17
**zoom** 4:18,19
 73:15 91:25
 92:22,24 93:7

— **0** —

— **1** —
**1** 48:6,7,11,15
 59:15
**10:09** 60:3,4
**10:11** 60:4,6
**10:58** 88:17,18
**11:01** 88:18,20
**11:13** 1:20 95:6
**13th** 74:12
**15** 9:23
**15400** 2:6
**17** 20:3
**18** 50:13
**19** 61:24 73:12
**1910** 2:6
**19th** 99:9

— **2** —
**20-** 40:2
**2006** 6:22 15:8
**2014** 7:9,17 89:7
**2017** 7:20 14:12
 17:3 19:19,19
 19:24 20:1,19
 20:23 22:6
 23:22,25 36:13

43:21 49:12,15
 50:11,14,24
 59:7
**2018** 22:22
 36:13,14,17
 50:24 56:3
**2019** 22:22
 36:18 61:25
 62:13,17,19,23
 63:2,9 65:12
 65:16 73:7,16
 74:4,12 79:20
 79:21
**2020** 17:4 20:23
 23:22,25 43:21
 71:23
**2021** 10:2
**2022** 1:12,19 4:3
 4:17 14:13
 96:2 98:10
 99:10
**214** 2:7
**26** 73:7,16 74:4
**27** 1:12 4:3 96:2
 98:10
**27th** 1:19

— **3** —
**30** 98:23
**30(f)(1)** 98:20
**301** 2:14
**313** 99:17
**3620** 2:13
**38125** 2:14
**3916** 4:6 99:15
**392** 99:16
**3rd** 2:13

— **4** —
**4** 3:3
**4/30/2023** 99:15
**4:21-cv-1651** 1:5
 98:5
**498-9990** 99:18

— **5** —

**5** 3:6 59:15,19
**50** 24:22 25:3

— **6** —
**6** 4:17

— **7** —
**717-6653** 2:7
**739-0512** 2:14
**75201** 2:7
**76054-3024**
 99:17

— **8** —
**8:29** 1:20 4:2
**817** 99:18

— **9** —
**9:29** 40:15,16
**9:36** 40:16,17
**96** 3:8
**97** 3:8
**98** 3:9
**99** 3:9