IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) )  Civil Action 4:21-cv-1651 |
| FEDEX CORPORATION, | ) ) ) |
| *Defendant.* | ) |

## PROPOSED ORDER

Before the Court is Defendant's Motion to Exclude Coneisha Sherrod's Expert Report and to Striker her Report and Testimony. The Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Expert Coneisha Sherrod be excluded as an expert and that her expert report and testimony shall be excluded.

**SO ORDERED**.

SIGNED this _____ day of _____, 2022.

_____
HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE