IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, | § |
| *Plaintiffs*, | § |
| vs. | § Civil Action 4:21-cv-1651 |
| FEDEX CORPORATE SERVICES, INC., | § Jury Demanded |
| *Defendants*. | § |

**PLAINTIFF JENNIFER HARRIS'S PROPOSED JURY VOIR DIRE QUESTIONS**

- Generally, what are the expectations that employers have of employees?
- Generally, what are the expectations that employees have of employers?
- Who are discrimination laws designed to protect, all of us or just some?
- Are laws against retaliation important? Why?
- Who here feels that government is overreaching or micromanaging with discrimination and retaliation laws? That people are using our nation's laws to get special treatment?
- Is discrimination worse, better, or about the same from 20 years ago?
- Is retaliation in the workplace a significant concern in workplace today?
- Are companies responsible for the actions of their managers?
- Have you heard of at-will employment and how do you think it interacts with discrimination and retaliation laws?
- How do you feel about awarding mental anguish or emotional distress damages?
- How do you feel about the responsibility of serving on a jury?
- Who here has a friend or ever had a family member that has been accused of discriminating?
- Who here has ever experienced or had a friend or family member experience unfair or illegal treatment on the job?
- How do you feel about protecting against retaliation even if the whistleblower may not be right?

1

Plaintiff requests the opportunity to ask follow up questions to the responses to these questions.

Respectfully submitted,


*/s/ Brian P. Sanford*
Brian P. Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com

**The Sanford Firm**
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph: (214) 717-6653
Fax: (214) 919-0113

**ATTORNEYS FOR PLAINTIFF JENNIFER HARRIS**