UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JENNIFER HARRIS, §
§
    Plaintiff, §
§
VS. § CIVIL ACTION NO. 4:21-CV-01651
§
FEDEX CORPORATION, §
§
    Defendant. §

## JURY NOTE NUMBER 2

What is the process if we can't come to unanimous Decision?

DATE: 10/24/2022     FOREPERSON: _____

*************************************************************************

You are to continue deliberating at this point. If you cannot reach a verdict by 5:30 pm, I will recess the case until tomorrow morning at 9:30 AM and give further instructions.

DATE: _____

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

---

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER*
*JURY NOTES ARE A PERMANENT PART OF THE RECORD*
*JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE*
*COURT AT THE CONCLUSION OF DELIBERATIONS*

1 / 1