UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01651 |
| FEDEX CORPORATION, | § § | |
| Defendant. | § § | |

**JURY NOTE NUMBER 3**

As part of punitive damages, can ~~the~~ a requirement be made that $X be earmarked for a third party consultant to review, advise + implement revised policies + procedures for Defendant?

DATE: 10/25/2022        FOREPERSON: [signature]

*************************************************************

I'm afraid not.

_____

DATE: 10-25-22

[signature]
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

---

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER*
*JURY NOTES ARE A PERMANENT PART OF THE RECORD*
*JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE*
*COURT AT THE CONCLUSION OF DELIBERATIONS*

1 / 1