UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| JENNIFER HARRIS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01651 |
| FEDEX CORPORATION, | § | |
| Defendant. | § | |

**JURY NOTE NUMBER 4**

Can we please have a calculator?

DATE: 10/25/2022      FOREPERSON

*************************************************************

Yes

DATE: 10/25/2022

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER*
*JURY NOTES ARE A PERMANENT PART OF THE RECORD*
*JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE*
*COURT AT THE CONCLUSION OF DELIBERATIONS*