| | | | |
|---|---|---|---|
| ⚖AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>TRANSCRIPT ORDER | | FOR COURT USE ONLY<br>DUE DATE: |
| 1. NAME Barak J. Babcock | | 2. PHONE NUMBER<br>901-434-8523 | 3. DATE 10/25/2022 |
| 4. FIRM NAME Federal Express Legal Department | | | |
| 5. MAILING ADDRESS 3620 Hacks Cross Rd., BLDG B | 6. CITY Memphis | 7. STATE TN | 8. ZIP CODE 38125 |
| 9. CASE NUMBER 4:21-cv-1651 | 10. JUDGE Kenneth M. Hoyt | DATES OF PROCEEDINGS | |
| | | 11. 10/17/2022 | 12. 10/25/2022 |
| 13. CASE NAME Jennifer Harris v FedEx Corporation | | LOCATION OF PROCEEDINGS | |
| | | 14. Houston | 15. STATE Texas |

16. ORDER FOR
☑ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☑ VOIR DIRE | 10/17/22 | ☑ TESTIMONY (Specify) | 10/17/2022-10/25/2022 |
| ☑ OPENING STATEMENT (Plaintiff) | 10/17/22 | All Witnesses | |
| ☑ OPENING STATEMENT (Defendant) | 10/21/2022 | | |
| ☑ CLOSING ARGUMENT (Plaintiff) | 10/24/2022 | ☑ PRE-TRIAL PROCEEDING | |
| ☑ CLOSING ARGUMENT (Defendant) | 10/24/2022 | | |
| ☐ OPINION OF COURT | | | |
| ☑ JURY INSTRUCTIONS | 10/24/2022 | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☑ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS<br>barak.babcock@fedex.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE *[signature]*

20. DATE 10/25/22

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY