United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:21-CV-01651 |
| FEDEX CORPORATION, | § |
| Defendant. | § |

### ORDER

The parties shall withdraw from the Clerk their trial exhibits and shall maintain them for purposes of appeal.

It is so Ordered.

SIGNED on October 25, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge