IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | Civil Action 4:21-cv-1651 |
| § | |
| FEDEX CORPORATE SERVICES, INC., § | **JURY DEMANDED** |
| § | |
| *Defendants*. § | |

## **JUDGMENT**

On October 25, 2022, the jury rendered a verdict in favor of Plaintiff Jennifer Harris against Defendant FedEx Corporate Services, Inc. on her claims for unlawful discrimination or retaliation under the Civil Rights Act of 1866, 42 U.S.C. § 1981, and Title VII of the Civil Rights Act of 1964 and awarded Ms. Harris $120,000 in past compensatory damages, $1,060,000 in future compensatory damages, and $365,000,000 in punitive damages. (Dkt. #99).

Pursuant to Federal Rule of Civil Procedure 58(b), it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jennifer Harris shall recover from Defendant FedEx Corporate Services, Inc. $366,060, million with prejudgment interest on the compensatory damages in the amount $16.49 per day with the number of days from May 20, 2021, to the day before the judgment is rendered for Plaintiff, and post judgment interest from the dated of this judgment at the rate of _____, for all of which execution may issue.

Pursuant to Federal Rule of Civil Procedure 58(b), it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jennifer Harris shall recover from Defendant FedEx Corporate Services, Inc. the following injunctive relief:

1. refrain from stating that Ms. Harris was terminated for poor performance;
2. place a copy of the judgment in Ms. Harris's personnel file;
3. designate Ms. Harris as eligible for rehire;
4. revise FedEx's employment policy to include detailed steps for an investigation of a complaint; and
5. provide training for every manager on recognizing signs of unlawful retaliation, by a licensed attorney not an employee of FedEx or who has previously provided services to FedEx and keep a record of each person and the date of attendance, with the training to be completed within three years of the date of judgment.

Costs of court are taxed against Defendant.

**SO ORDERED**

SIGNED on November ___, 2022 at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge