United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01651 |
| FEDEX CORPORATION, | § § § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON November 28, 2022 at 9:00 AM**

Appearances:    Brain Sanford
Elizabeth "BB" Sanford
Chris Ahearn
(Court Reporter: L. Smith)

The following rulings were made:

Pursuant to phone conference, the Court awaits the defendant's response to the plaintiff's post-trial motions, due on or before December 12, 2022.

It is so ORDERED.

SIGNED on November 28, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge