## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER HARRIS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:21-cv-1651** |
| | § | |
| **FEDEX CORPORATION,** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## NOTICE OF FILING TRIAL EXHIBITS

Defendant FedEx Corporate Services, Inc. files copies of the trial exhibits cited in its Opposition to Motion for Entry of Judgment (Docket No. 118).

Exhibit                                                                                     Beginning Page No.

1.  Trial Exhibit 8 - 6/3/2019 Letter re Investigation Closure ...................................................4

2.  Trial Exhibit 9 – 6/7/2019 Investigation Report ...................................................5

3.  Trial Exhibit 10 – 6/26/2019 Letter of Counseling and PIP ...............................................13

4.  Trial Exhibit 13 – 6/6/2019 Investigation Report ...........................................15

5.  Trial Exhibit 14 – 9/13/2019 Letter of Warning and PIP ..................................................46

6.  Trial Exhibit 17 – 12/31/2019 Investigation Report..................................................... 49

7.  Trial Exhibit 18 - Termination Form (January 7, 2020) ......................................................... 60

8.  Trial Exhibit 27 - FedEx Policies and Procedures ................................................... 63

9.  Trial Exhibit 40 - Clark Email to Lamb...........................................................................81

10. Trial Exhibit 72 – Interview Between Conrey and Clark ....................................................83

11. Trial Exhibit 107 - Harris Action Plan...........................................................................87

12. Trial Exhibit 140 - 2/8/2019 OneNote Lamb DSM Calendar and Diagnostic Assessments . ...................................................................................................................................89

13. Trial Exhibit 145 - Various dates OneNote Lamb Chronological Timeline of 1:1 conversation with Jennifer .......................................................................................91

14. Trial Exhibit 162 - 8/12/2019 OneNote Lamb Pipeline Review .......................................95

15. Trial Exhibit 163 - 6/20/2019 OneNote Lamb Phone appointment with Jennifer.............96

16. Trial Exhibit 168 - 7/26/2019 OneNote Lamb 1:1 Jennifer Action Plan...........................97

17. Trial Exhibit 169 - 8/2/2019 OneNote Lamb Call with Jennifer LOC ..............................99

18. Trial Exhibit 174 - 8/16/2019 OneNote Lamb Action Plan Review ...............................101

19. Trial Exhibit 176 - 8/23/2019 OneNote Lamb Updates in black to action plan ..............103

20. Trial Exhibit 177 – 9/13/2019 OneNote Lamb 1:1 with Jennifer....................................107

21. Trial Exhibit 179 - 10/7/2019 OneNote Lamb Jennifer said nothing after roll call and office cleared.......................................................................................................109

22. Trial Exhibit 180 - 10/18/2019 OneNote Lamb PIP Review and 1:1 Jennifer...............110

23. Trial Exhibit 182 - 11/1/2019 OneNote Lamb PIP Review and 1:1 Jennifer.................111

24. Trial Exhibit 183 - 11/15/2019 OneNote Lamb PIP Review with Jennifer....................112

25. Trial Exhibit 186 - 12/6/2019 OneNote Lamb 2nd PIP results .......................................114

26. Trial Exhibit 196 – 10/09/2018 email from Harris to Lamb Requesting weekly 1:1 meetings ...........................................................................................................115

27. Trial Exhibit 212 – 01/07/2020 Harris termination letter ...............................................116

28. Trial Exhibit 248 - Coach2Grow 2.0 – PowerPoint Guide............................................ 117

29. Trial Exhibit 250 – Management Practices and the Law.................................................143

30. Trial Exhibit 251 - Defensible Performance Management .............................................237

DATED: December 20, 2022          Respectfully submitted,

                                  */s/ Barak J. Babcock*
                                  Barak J. Babcock
                                  Tennessee Bar No. 024021
                                  SD No. 2522941
                                  ATTORNEY-IN-CHARGE
                                  Christopher M. Ahearn
                                  California State Bar No. 239089
                                  Tennessee Bar No. 040043
                                  (Admitted *Pro Hac Vice*)
                                  FEDERAL EXPRESS CORPORATION
                                  3620 Hacks Cross Road
                                  Bldg. B, 3rd Floor
                                  Memphis, TN 38125-8800
                                  Telephone: (901) 434-8523
                                  Facsimile: (901) 492-9930
                                  Email: barak.babcock@fedex.com
                                  Email: Christopher.ahearn@fedex.com

                        **ATTORNEYS FOR DEFENDANT**


                        **CERTIFICATE OF SERVICE**


     I hereby certify that the foregoing document was filed with the Clerk of the Court using

the CM/ECF system, which will send a copy to all attorneys of record.


                                  s/*Barak J. Babcock*