IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER HARRIS, | § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 4:21-cv-1651 |
| FEDEX CORPORATION, | | |
| *Defendant*. | | |

## EVIDENTIARY APPENDIX

Defendant FedEx Corporate Services, Inc. files copies of the trial exhibits that were cited in its Memorandum of Law filed in support of its Motions under Rule 50 and Rule 59, which was filed at ECF. No. 123-1.

Exhibit                                                                                           Beginning Page No.

1. Trial Exhibit 2 – Employment Application ........................................................................5
2. Trial Exhibit 6 – 3/8/2019 – 3/11/2019 Complaint, email chain .......................................12
3. Trial Exhibit 7 – 3/11/2019, Internal EEO Report.............................................................21
4. Trial Exhibit 8 - 6/3/2019 Letter re Investigation Closure ................................................27
5. Trial Exhibit 9 – 6/7/2019 Investigation Report ...............................................................28
6. Trial Exhibit 10 – 6/26/2019 Letter of Counseling and PIP .............................................36
7. Trial Exhibit 11 – 6/28/2019 Internal EEO Report............................................................38
8. Trial Exhibit 13 – 7/6/2019 Investigation Report .............................................................43
9. Trial Exhibit 14 – 9/13/2019 Letter of Warning and PIP ..................................................74
10. Trial Exhibit 15 – 9/20/2019 Internal Retaliation and Discrimination Complaint ............77
11. Trial Exhibit 17 – 12/31/2019 Investigation Report............................................................ 80

12. Trial Exhibit 18 - Termination Form (January 7, 2020) ........................................................ 91

13. Trial Exhibit 27 - FedEx Policies and Procedures ................................................................ 94

14. Trial Exhibit 40 - Clark Email to Lamb ............................................................................... 112

15. Trial Exhibit 60 - Termination Responses ........................................................................... 114

16. Trial Exhibit 72 – Interview Between Conrey and Clark ................................................... 142

17. Trial Exhibit 107 - Harris Action Plan ................................................................................ 146

18. Trial Exhibit 140 - 2/8/2019 OneNote Lamb DSM Calendar and Diagnostic Assessments ............................................................................................................................................. 148

19. Trial Exhibit 145 - Various dates OneNote Lamb Chronological Timeline of 1:1 conversation with Jennifer ................................................................................................ 150

20. Trial Exhibit 162 - 8/12/2019 OneNote Lamb Pipeline Review ....................................... 154

21. Trial Exhibit 163 - 6/20/2019 OneNote Lamb Phone appointment with Jennifer ........... 155

22. Trial Exhibit 168 - 7/26/2019 OneNote Lamb 1:1 Jennifer Action Plan .......................... 156

23. Trial Exhibit 169 - 8/2/2019 OneNote Lamb Call with Jennifer LOC ............................. 158

24. Trial Exhibit 174 - 8/16/2019 OneNote Lamb Action Plan Review ................................. 160

25. Trial Exhibit 176 - 8/23/2019 OneNote Lamb Updates in black to action plan .............. 162

26. Trial Exhibit 177 – 9/13/2019 OneNote Lamb 1:1 with Jennifer ..................................... 166

27. Trial Exhibit 179 - 10/7/2019 OneNote Lamb Jennifer said nothing after roll call and office cleared ........................................................................................................................ 168

28. Trial Exhibit 180 - 10/18/2019 OneNote Lamb PIP Review and 1:1 Jennifer ................ 169

29. Trial Exhibit 182 - 11/1/2019 OneNote Lamb PIP Review and 1:1 Jennifer .................. 170

30. Trial Exhibit 183 - 11/15/2019 OneNote Lamb PIP Review with Jennifer ..................... 171

31. Trial Exhibit 186 - 12/6/2019 OneNote Lamb 2nd PIP results ........................................ 173

32. Trial Exhibit 196 – 10/09/2018 email from Harris to Lamb Requesting weekly 1:1 meetings ...................................................................................................................174

33. Trial Exhibit 212 – 01/07/2020 Harris termination letter ................................................175

34. Trial Exhibit 243 – Fed. R. Evid. 1006 Exhibit – Lamb's Manager's Revenue Attainment FY19  (summary of Exhibits 222-227) ............................................................................176

35. Trial Exhibit 246 – Fed. R. Evid. 1006 Exhibit – Lamb's Managers' Percentage of Account Executives at or above plan FY19Q4 (summary of Exhibit 225) .....................177

36. Trial Exhibit 247 - Fed. R. Evid. 1006 Exhibit – Lamb's Managers' Average Revenue Growth FY19 (summary of Exhibits 222-225) ..............................................................178

37. Trial Exhibit 248 - Coach2Grow 2.0 – PowerPoint Guide.............................................179

38. Trial Exhibit 250 – Management Practices and the Law.................................................205

39. Trial Exhibit 251 - Defensible Performance Management ..............................................299

DATED: January 12, 2023            Respectfully submitted,

                                              /s/ Barak J. Babcock
Barak J. Babcock
Tennessee Bar No. 024021
SD No. 2522941
ATTORNEY-IN-CHARGE
Christopher M. Ahearn
California State Bar No. 239089
Tennessee Bar No. 040043
(Admitted *Pro Hac Vice*)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8523
Facsimile: (901) 492-9930
Email: barak.babcock@fedex.com
Email: Christopher.ahearn@fedex.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send a copy to all attorneys of record.

s/*Barak J. Babcock*