

# Management Practices and the Law for Services

**FedEx Services**

January 2016

Human Resources

1

FXS 2724

EXHIBIT
— 250 —





Services

January 2016

Human Resources

**FXS 2725**

2

You are the decision maker!

We want your employment decisions to be the best they can be!





# Management Practices and the Law

## OBJECTIVES OF THIS CLASS

- **To provide information about labor & employment law that:**
  - Can be used by every manager on the job to reduce liability for the company
  - Ensures that his/her actions align with company policy & the law

- **To assist managers in identifying & properly acting upon potential legal issues**

- **To ensure managers are aware of available resources to assist them**

January 2016

Human Resources

**FXS 2726**

3

Apx. 207




# Management Practices and the Law

## Why don't we make good employment decisions?

- Lack of knowledge of the law

- Failure to ask for help & use all available resources
  - Inaccurate "Facts"

- Failure to act promptly and appropriately

- Failure to document

January 2016

Human Resources

**FXS 2727**

4




# Management Practices and the Law

To make good employment decisions you will need to know:

- Relevant employment law

- On-line Employment Law Manual

- HR policies & procedures

- FedEx Code of Business Ethics & Conduct

- Who to call for assistance – your resources

**FedEx** Services

January 2016

Human Resources

FXS 2728

5




# Management Practices and the Law

## "Having all new managers attend training is expensive, but let's talk about an example of an employment decision that created liability for the Company."

### Results and Process

FedEx Services

January 2016

Human Resources

6

FXS 2729



# Management Practices and the Law

## KEY EMPLOYMENT LAWS

| | |
|---|---|
| Title VII | ? |
| ADEA | ? |
| ADA | ? |
| FMLA | ? |
| FLSA | ? |
| EPA | ? |
| NLRA/RLA | ? |
| AA | ? |
| IRCA | ? |
| VEVRA | ? |
| USERA | ? |
| At Will | ? |

FedEx Services

January 2016

Human Resources

FXS 2730

7



# Management Practices and the Law

## KEY EMPLOYMENT LAWS

Title VII _____

ADEA _____

FLSA _____

FMLA _____

USERA _____

AA _____

NLRA/RLA _____

ADA _____

VEVRA _____

EPA _____

At Will _____

IRCA _____

FedEx Services

January 2016

Human Resources

8

FXS 2731



# Management Practices and the Law

## Fair Labor Standards Act (1938; amended 2004) (FLSA)

### Covers

- Child Labor laws
- Sets the minimum wage
- Determines exemption status
- Regulates payment of overtime
- Sets breaks & meal periods



January 2016

Human Resources

21

**FXS 2732**

Apx. 213




# Management Practices and the Law

## Exemption Status

**Exempt employees*** are paid for getting the work done regardless of hours worked.

**Non-exempt employees** are paid on an hourly basis & are paid overtime.

FedEx Services

January 2016

* Resource/Project Tracking System

Human Resources

22

FXS 2733



# Management Practices and the Law

## 5 Exemptions to Overtime

- **Executive** – Responsible for the operations of a company, function or division.  Supervises 2 or more employees

- **Professional** – Advanced degree such as MD or CPA or engaged in the Arts

- **Administrative** – Exercises independent judgment & discretion in matters of significance to the company

- **Outside Sales** – Spends the majority of the work time out of the office, face to face with a customer

- **IT Professional** – Performs advanced IT functions such as analysis, development & design



Services

January 2016

Human Resources

23

**FXS 2734**

Apx. 215



# Management Practices and the Law

## Equal Pay Act (1963) (EPA)

Men & women performing substantially the same work must be paid equally.


FedEx Services

January 2016

Human Resources

26

**FXS 2735**



# Management Practices and the Law

## Title VII of the Civil Rights Act of 1964

### Protected Classes:

- Race
- Sex
- National Origin
- Religion
- Color



Services

January 2016

Human Resources

27

**FXS 2736**




# Management Practices and the Law

## What Constitutes "Time Worked"?

- Any time spent for the benefit of the company is time worked for overtime purposes.

- Includes:
  - Donning & doffing
  - Waiting to work
  - Travel between locations
  - Mandatory training
  - Mandatory attendance at meetings, meals, or entertainment
  - On-call

FedEx Services

January 2016

Human Resources

24

**FXS 2737**




# Management Practices and the Law

## Breaks & Meals Periods

- FLSA requires a minimum 30 minute meal period relieved of all duties. May be unpaid. Employee may be required to remain on work premises.

- FLSA does not require breaks or specify their length but if given must be paid.


Services

January 2016

Human Resources

25

**FXS 2738**



# Management Practices and the Law

**Plaintiff must show:**

- They are a member of a protected class.

- They have been treated differently regarding some aspect of employment.

FedEx Services

January 2016

Human Resources

28

FXS 2739




# Management Practices and the Law

## What is Sexual Harassment?

### Section 703 of Title VII defines sexual harassment as:

"Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when submission or rejection of this conduct explicitly or implicitly affects an individual's employment, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive work environment."

FedEx Services

January 2016

Human Resources

32

**FXS 2740**



# Management Practices and the Law

## Company must show:

- Different treatment, if any, was not due to employee's protected status.

### *Rationale*

FedEx Services

January 2016

Human Resources

29

FXS 2741

# Management Practices and the Law

## Hiring

- Applicant pool
- Interview process
- Selection
- Offer
- Employee File



January 2016

Human Resources

9



FXS 2742




# Management Practices and the Law

## Applicant Pool

### Affirmative Action Plans

- Established by Executive Order 11246
- Regulated by OFCCP (Office of Federal Contract Compliance Programs)
- Subject to audit
- There is an AAP for each functional division within Services because we recruit nationally
- Each plan contains a narrative & a utilization analysis

FedEx
Services

January 2016

Human Resources

10

FXS 2743




# Management Practices and the Law

## Negligent Hiring

25% of applicants misrepresent their accomplishments (& liabilities) on resumes and applications

The employer is liable if it knew or should have known that the employee was an unreasonable danger to others

FedEx Services

January 2016

Human Resources

11

FXS 2744

Apx. 225

# Management Practices and the Law

## The Interviewing Process

### Negligent Hiring-Some Case Law





**1983 Texas  North Houston Pole Line Corp. v. McAllister**

Employer found liable for failing to verify the driving record of a truck driver who caused a crash. Verdict $495,000.

**1985 Maryland   Cramer v. Housing Opportunities Commission**

Employer liable for rape by a housing inspector on a tenant. Criminal background check would have revealed convictions for robbery, assault & an indictment for rape. Employer had not contacted any previous employers & made no attempt to verify information on the application




FedEx
Services

January 2016

Human Resources



# Management Practices and the Law

## Legally Acceptable Interview Questions

| Legal Issues | Law | Unacceptable Interview Question | Acceptable Interview Question |
|---|---|---|---|
| **Disabilities**<br>Disability-related inquires are prohibited | Americans with Disabilities Act, (ADA) 1990 and the Vocational Rehabilitation Act (1973) | Do you have a disability that would interfere with your ability to perform the essential functions of the job?<br>Would you need reasonable accommodation to perform this job?<br>Do you have any physical handicaps?<br>Have you ever been injured on the job?<br>How many days were you sick last year? | This job requires you to sit for long periods of time while using a computer. Would you be able to do this with or without reasonable accommodations?<br>Here is a list of attendance requirements for this job. Would you be able to meet them with or without |
| **Age**<br>Age related inquiries are prohibited. | The Age Discrimination in Employment Act prohibits discrimination of candidates age 40 and over | How old are you?<br>When did you graduate from high school or college? | None |
| **Race/National Origin**<br>Questions related to race or ethnicity are prohibited. | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | Where were you born?<br>Are there any foreign languages you speak and write fluently? If so, what are they?<br>What an unusual name you have. What is your nationality? | *Rephrase if there is a job requirement, e.g.,*<br>This job requires that you take product orders from some of our international customers. Are there any foreign languages that you speak or write fluently? |
| **Religion**<br>Questions related to religious affiliation are prohibited; you are obligated to make a reasonable attempt to schedule employees' time off for their recognized religious observance. | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | Is St. Justin's a parochial school?<br>Where did you attend church?<br>Can you work on Sundays?<br>Can you work on Saturdays?<br>Can you work Friday evenings? | *Rephrase if a job requirement, e.g.,*<br>This job requires some weekend work. Would you be able to work an occasional Saturday or Sunday? |

FedEx Services

January 20  July 2015          Human Resources



# Management Practices and the Law

## Legally Acceptable Interview Questions

| Legal Issues | Law | Unacceptable Interview Questions | Acceptable Interview Questions |
|---|---|---|---|
| **Marital Status**<br>Questions related to marital status are prohibited | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | Most of the people who work here are married. Do you think you'd have any trouble fitting in? | NONE |
| **Number of Dependents**<br>Questions about the number of children or dependents are prohibited in an interview. | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | How many children do you have?<br>Do you have children at home?<br>Do you plan to have children?<br>Where do your children go to school? | NONE |
| **Child Care**<br>Childcare issues should not be addressed in | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | Do you have reliable childcare?<br>Who will take care of you children while you're working? | NONE |
| **Housing**<br>Questions about housing should not be asked in an interview | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin | Do you own your home, or do you rent?<br>Where do you live?<br>How long did it take you to get here? | NONE |
| **Military Service**<br>Veteran Status | Title VII of the Civil Rights Act (1964, 1991) prohibits discrimination based on race, color, religion, sex, or national origin<br>It may have adverse impact. VEVRA, USERRA | What type of discharge did you receive from the Army? | What experience or training did you have in the services that prepared you for this position? |

FedEx Services

FXS 2747




# Management Practices and the Law

## Selection

### TESTS vs. EXERCISES

**Test:** Measures cognitive skills such as judgment, integrity, sales ability

**Exercise:** Demonstrates a skill such as typing tests, writing sample

### TESTING REQUIRES VALIDATION

FedEx
Services

January 2016

Human Resources

15

FXS 2748



# Management Practices and the Law

## Offer Letters

- Contingent letters

- No start date prior to meeting contingency

FedEx Services

January 2016

Human Resources

16

FXS 2749



# Management Practices and the Law

- **Employee File**

You should begin a personnel file for each employee on the date of hire. Employee history documents include:

- Job description, job application and resume, job related skills test, offer of employment, IRS form W-4, confirmation of equipment used, performance evaluations, forms relating to employee benefits, forms providing next of kin and emergency contacts, awards or citations for excellent performance, education/tuition reimbursement, employee calendars, confirmation of personal, vacation and sick time used, disciplinary actions, termination letter

**DO NOT include:**

- *Medical history/records, Form I-9s, EEO reports*

**HARD COPY MUST BE KEPT FOR THE LENGTH OF EMPLOYMENT +7 YEARS**

FedEx Services

January 2016

Human Resources

17

FXS 2750



# Management Practices and the Law

## Immigration Reform & Control Act (1986) (IRCA)

Requires all employees hired after 11/6/1986 to prove:

1. Their identity
2. Their legal right to work in the US

FedEx Services

January 2016

Human Resources

18

FXS 2751




# Management Practices and the Law

## Employing Foreign Nationals

- Only certain types of visas allow the individual to work in the US

- All visas have expiration dates & the company is subject to penalties for permitting anyone to work with an expired visa

- Most common work-related visas are:

  - F-1 – Student practical training – 1 yr.

  - H-1B – 3 yrs with 3 yr extension. Specialized jobs for which no US worker is available

  - L-1 – Transfer within the company

FXS 2752

Apx. 233

# Management Practices and the Law



## Vietnam Era Veterans Re-employment Act (1974) (VEVRA)

Protects "special disabled veterans", veterans of the Vietnam Era & other veterans who served on active duty during a war or campaign

FedEx
Services

January 2016

Human Resources

20

**FXS 2753**



# Management Practices and the Law

## Sex Discrimination

- Any employment decision or action based upon a person's gender

- The gender-based protection from sexual harassment comes from Title VII



FedEx Services

January 2016

Human Resources

30

FXS 2754





# Management Practices and the Law

## Sexual Harassment Awareness for Management

### Why?

In fiscal year 2013, EEOC resolved 93,272 new charges of discrimination.

EEOC resolved 97,252 charges in FY13 and recovered $372.1 million in monetary relief for Charging Parties and other aggrieved individuals and $39 million through litigation.

January 2016

Human Resources

31

FXS 2755





# Management Practices and the Law

## What is Sexual Harassment?

### A form of sex discrimination

- Prohibited by the law
- Prohibited by FedEx Services Anti-Harassment Policy (in policy section at the end of the book)
- Prohibited by FedEx Code of Business Conduct

Services

January 2016

Human Resources

33

FXS 2756

Apx. 237

# Management Practices and the Law

## Anti-Harassment Policy




**FedEx Services does not tolerate any form of harassment.**

It is every employee's responsibility to report any incidents of harassment, including sexual harassment, based upon race, religion, sex, color, age, genetic information, disability, national origin, veteran status, sexual orientation, gender identity, gender expression or any other characteristic protected under federal, state, or local law immediately to a member of management or Human Resources. (An Employee Information Statement form should be completed and returned to Human Resources; however, it is not required).

It is the intent of this policy that all employees have an avenue to report such incidents to a member of management who is not involved in the harassment being reported. Any member of management who receives a complaint about harassment should immediately report it to Human Resources.



Services

January 2016

Human Resources

34

FXS 2757

Apx. 238





# Management Practices and the Law

## Code of Business Conduct

The Code of Business Conduct requires that you avoid any activity or interest which might reflect unfavorably upon the integrity of you or FedEx.

You may be disciplined, up to and including termination, for failing to report a potential conflict or relationship.

- This could include a situation where a supervisory employee begins dating an employee who is subject to his/her supervision.

January 2016

Human Resources

35

FXS 2758

Apx. 239



# Management Practices and the Law

## Categories of Sexual Harassment

- Tangible Job Actions

- Hostile Environment

FedEx Services

January 2016

Human Resources

36

FXS 2759





# Management Practices and the Law

## What are "Tangible Job Actions?"

Unwelcome sexual comments, physical contact, or requests for sexual favors that affect a term or condition of an individual's employment

Examples:
- hiring/firing
- promotion/failure to promote
- demotion
- undesirable reassignment

**FedEx** Services

January 2016

Human Resources

37

**FXS 2760**




# Management Practices and the Law

## What is "Hostile Environment" Sexual Harassment?

Unwelcome sexual conduct that unreasonably interferes with an individual's job performance or creates an intimidating, hostile, or offensive work environment.

FedEx Services

January 2016

Human Resources

38

FXS 2761

Apx. 242



# Management Practices and the Law

## What are behaviors that can be perceived as Sexual Harassment?

- Verbal Harassment

- Nonverbal Harassment

- Pressure for sexual activities

FedEx Services

January 2016

Human Resources

**FXS 2762**

39



# Management Practices and the Law

## Verbal Sexual Harassment may include:

- Requesting sexual favors
- Jokes of a sexual nature
- Unwanted requests for dates
- Unwanted sexual teasing, jokes, remarks, or questions
- Referring to an adult as "hunk", "boy", "girl", "honey", "baby", "hottie", etc.
- Any discussion about a person's sex life (regardless of "true" or "rumor")
- Turning work discussions into sexual topics
- Unwanted calls to person's home regarding sex or sexual content
- Asking about sexual preferences, fantasies, or history



Services

January 2016

Human Resources

40

FXS 2763





# Management Practices and the Law

## Non-Verbal Sexual Harassment may include:

- Unwanted touching or hugging

- Leaning over, cornering, or brushing up against a person

- Winking, throwing kisses, licking lips, sexual gestures with one's hands/body

- Touching or rubbing oneself sexually

- Leering at someone's body

- Displaying sexually explicit or degrading materials that others find offensive

- Giving personal (unwelcome) gifts

January 2016

Human Resources

41

FXS 2764

Apx. 245

# Management Practices and the Law



## Where can Sexual Harassment occur and by whom?

- Work locations
- Customer locations
- After work hours

- Co-workers
- Managers
- Customers/Vendors
- Both males and females can be victims of sexual harassment as well as guilty of sexual harassment


Services

January 2016

Human Resources

42



# Management Practices and the Law

## Most Common Complaints

- 72% cited offensive remarks

- 59% cited offensive jokes/teasing

- 37% cited unwelcome touching

- 72% named co-worker as alleged harasser



FedEx Services

January 2016

Human Resources

43

FXS 2766




# Management Practices and the Law

## Intent vs. Impact : Does it Matter?

Whether or not conduct is sexual harassment is determined from the <u>perspective of the victim</u>, NOT the intent of the harasser

*"Would you think this behavior was appropriate if directed at a member of YOUR family?"*

FedEx Services

January 2016

Human Resources

44

FXS 2767

Apx. 248





# Management Practices and the Law

## Liability

- The Company may be liable if a manager knows, or should have known, of offensive conduct and failed to take corrective action

- Unlawful sexual harassment can result in both compensatory and punitive damages

- The harasser also may be personally liable

January 2016

Human Resources

**FXS 2768**

45

Apx. 249




# Management Practices and the Law

## What is Sexual Harassment?

California's Fair Employment & Housing Act (FEHA) prohibits discrimination on the basis of sex, race, color, creed, religion, national origin, ancestry, age, physical disability, mental disability, medical condition, marital status, pregnancy, and sexual orientation.

FedEx Services

January 2016

Human Resources

FXS 2769




# Management Practices and the Law

## California Definitions

FEHA defines harassment because of sex as including:

- sexual harassment
- gender harassment
- harassment based on pregnancy, childbirth, or related medical conditions

FedEx Services

January 2016

Human Resources

47

**FXS 2770**





# Management Practices and the Law

## Common Examples of Sexual Harassment Complaints in California

- An employee is fired or denied a job or an employment benefit because he/she refused to grant sexual favors or because he/she complained about harassment. Retaliation for complaining about harassment is illegal, even if it cannot be demonstrated that the harassment actually occurred.

- An employee quits because he/she can no longer tolerate an offensive work environment, referred to as a "constructive discharge" harassment case. If it is proven that a reasonable person, under like conditions, would resign to escape the harassment, the employer may be held responsible for the resignation as if the employee had been discharged.



Services

Apx. 252




# Management Practices and the Law

## California Posting Requirements

Employers are _required to post_ the Department of Fair Employment and Housing's poster "Discrimination and Harassment in Employment are Prohibited by Law" (DFEH-162).

January 2016

Human Resources




# Management Practices and the Law

## California Training Requirements

- California employees must receive a copy of "Sexual Harassment is Forbidden by Law" (DFEH-185).

- Starting 7/1/05, all new supervisory employees must receive training within 6 months.

- Recurrence training will be required every 2 years.

FedEx Services

January 2016

Human Resources

50

FXS 2773




# Management Practices and the Law

## California Employer Liability

- Employers are prohibited from harassing employees and should ensure that they provide a "harassment-free" work place

- If harassment occurs, an employer may be liable even if management was <u>NOT</u> aware of the harassment



Services

January 2016

Human Resources

51

**FXS 2774**

Apx. 255





# Management Practices and the Law

## California Liability

- If the Commission finds that harassment occurred, it can order remedies, including up to $150,000 in fines and/or damages

- The Commission may also order hiring or reinstatement, back pay, promotion, and training

FedEx Services

January 2016

Human Resources

52

**FXS 2775**

Apx. 256




# Management Practices and the Law

## California Timeliness and Resources

Employees or job applicants who believe that they
have been sexually harassed may, within one
year of the harassment, file a complaint of
discrimination with the California Department of
Fair Employment and Housing



Services

January 2016

Human Resources

53

**FXS 2776**

Apx. 257



# Management Practices and the Law


FedEx Services

January 2016

Human Resources

FXS 2777

54

## Connecticut's General Statutes (section 46a-60, subdivision (8))

Sec. 46a-60. (Formerly Sec. 31-126). Discriminatory employment practices prohibited.

(a) It shall be a discriminatory practice in violation of this section:

"Sexual harassment" shall, for the purposes of this section, be defined as any unwelcome sexual advances or requests for sexual favors or any conduct of a sexual nature when (A) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, (B) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual, or (C) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment




# Management Practices and the Law

## Connecticut Posting Requirements

Employers must post notices to employees concerning the illegality of sexual harassment and remedies available to victims of sexual harassment.

- Any and all notices so posted will have the heading, "SEXUAL HARASSMENT IS ILLEGAL" in large bold-faced type

- Sample poster & posting requirement is available on FIND IT FAST (keyword = finditfast)



January 2016

Human Resources

55

**FXS 2778**



# Management Practices and the Law

## Connecticut Timeliness and Resources

Connecticut law requires that a formal written complaint be filed with the commission within 180 days of the date when alleged harassment occurred.

If you feel that you have been discriminated against, contact: The Connecticut Commission on Human Rights and Opportunities (CHRO), 21 Grand Street, Hartford, Connecticut 06106. (Telephone Number 860-541-3400 or 800-477-5737).

FedEx. Services

January 2016

Human Resources

56

FXS 2779

Apx. 260



# Management Practices and the Law

## Connecticut Liability

Individuals who commit acts of sexual harassment may be subject to both civil and criminal penalties


Services

January 2016

Human Resources

**FXS 2780**

57

# Management Practices and the Law

## Connecticut Remedies for Sexual Harassment Cases

Include, but are not limited to:

- Cease and desist orders
- Hiring, promotion or reinstatement
- Compensatory damages and back pay



FedEx Services

January 2016

Human Resources

58

**FXS 2781**

Apx. 262



# Management Practices and the Law

## Connecticut Resources

If you need additional information, contact:

The Permanent Commission On The Status Of Women
18-20 Trinity Street
Hartford, Connecticut 06106

Telephone Number (860) 240-8300
e-mail: pcsw@po.state.ct.us
website: www.cga.state.ct.us/pcsw/

FedEx. Services

January 2016

Human Resources

59

FXS 2782

# Management Practices and the Law




# Maine Human Rights Commission

*HOW TO FILE A CHARGE UNDER THE MAINE HUMAN RIGHTS ACT*

## WHO MAY FILE

Any person who believes that he or she has been subjected to unlawful discrimination covered under the Maine Human Rights Act may file a charge with the Commission

## WHEN TO FILE

- A charge should be filed with the Maine Human Rights Commission as soon as possible after the act of discrimination occurs

- A charge must be filed within 6 months of the date of discrimination



January 2016

Human Resources

60

**FXS 2783**

Apx. 264




# Management Practices and the Law

## Maine Human Rights Commission

### HOW TO FILE

- Charges may be filed in person or by mail by filling out a form provided by the Commission. The Commission will not accept charges by FAX or at its internet address.

- A charge must be sworn to under oath before a Notary Public or other person authorized by law to administer oaths.

### WHERE TO FILE

- Charges must be filed at the office of the Maine Human Rights Commission, 51 State House Station, Augusta, Maine 04333-0051.

FedEx Services

January 2016

Human Resources

61

**FXS 2784**

Apx. 265



# Management Practices and the Law

## Maine Human Rights Commission

### HOW TO START THE PROCESS

A charge may be initiated by calling, writing, or visiting the Commission's office. An INTAKE QUESTIONNAIRE may be completed, and submitted. An Intake Officer will assist you with drafting a charge.

You can also obtain further information at:
http://www.state.me.us/mhrc/FILING/charge.htm



FedEx
Services

January 2016

Human Resources

62

**FXS 2785**



# Management Practices and the Law

## Maine Remedies for Sexual Harassment Cases

Individuals who commit acts of sexual harassment may be held personally liable

FedEx Services

January 2016

Human Resources

# Management Practices and the Law

## What can YOUR EMPLOYEES do if faced with unwelcome behavior?

Employees should be encouraged to:

- If comfortable, tell the person that the behavior is offensive and to stop immediately

- Report unwelcome behavior to the manager, director, or HR Advisor





Services

January 2016

Human Resources

64

FXS 2787

Apx. 268





# Management Practices and the Law

## As a Manager, what should I do if any employee alleges harassment?

- Listen to the complaint
- Provide Internal EEO complaint form to employee
- Notify your HR Advisor
- Immediately ensure that the employee is protected from further harassment
- Advise the alleged harasser not to contact the alleged victim
- Protect the employee from retaliation
- Set the tone and standard for appropriate business conduct

FedEx Services

January 2016

Human Resources

65

FXS 2788



# Management Practices and the Law

## Employees are protected against retaliation

- Don't reassign the alleged victim to a "less desirable" work schedule, duties, or location

- Don't force the alleged victim to meet or work with the alleged harasser while the investigation is on-going

- Don't discipline for arguments/confrontations with the alleged harasser

- Don't turn the investigation into a persecution of the alleged victim

- Don't interfere with the investigation

- Do maintain the confidentiality of the investigation

FedEx. Services

January 2016

Human Resources

66

FXS 2789

Apx. 270



# Management Practices and the Law

## Where can management get assistance?

Managers are NOT ALONE...

1) Consult your HR Advisor

2) Legal help is a phone call away!

**James H. Ferguson, General Counsel**
Phone: (901) 818-7203 or Email: jhferguson1@fedex.com
**Lynn Diebold, Labor and Employment Attorney**
Phone: (901) 818-7737 or Email: lynn.diebold@fedex.com
**Mary Beard, Labor and Employment Attorney**
Phone: (901) 818-7306 or Email: mhbeard@fedex.com
**Amy Dudek, Labor and Employment Attorney**
Phone: (901) 818-6606 or Email: amy.dudek@fedex.com



Services

January 2016

Human Resources

67

**FXS 2790**




# Management Practices and the Law

- **UNDERSTAND SEXUAL HARASSMENT**, what it is and how it affects people and the workplace

- **RESPOND IMMEDIATELY** if you are the victim or the harassment is reported to you or witnessed by you

- **TEACH YOUR EMPLOYEES** how to be sensitive to sexual harassment issues when interacting with other employees and customers

- **WORK WITH YOUR MANAGEMENT TEAM AND HR** to make sure that your work environment is harassment-free



Services

January 2016

Human Resources

68







# Management Practices and the Law

## SEXUAL HARASSMENT IS NOT TOLERATED AT FEDEX

January 2016

Human Resources

FXS 2792

69




# Management Practices and the Law

## Age Discrimination in Employment Act (1967) (ADEA)

- Protects those 40 and over from discrimination in any aspect of employment

- Protects "younger" older workers

FedEx Services

January 2016

Human Resources

70




# Management Practices and the Law

## Americans with Disabilities Act (ADA)

- Employee Initiated

- Protects "Otherwise qualified individuals who can perform the essential functions of the job with or without a reasonable accommodation."


Services

January 2016

Human Resources

71

FXS 2794

Apx. 275





# Management Practices and the Law

## Americans with Disabilities Act (ADA)

- **Major Life Functions**
- **Essential Functions**
- **Reasonable Accommodations**
- **Interactive Process**
- **HCMP Process**
  - Request for Accommodation
  - Committee

FedEx Services

January 2016

Human Resources





# Management Practices and the Law

## Family Medical Leave Act (FMLA)

### Covers:

- Employee's own serious health condition
- Employee's care for the serious health condition of a spouse, parent or child
- Birth of a child
- Adoption or foster care placement of a child
- Military exigency leave
- Care for an injured or sick family member who incurred the injuries or illness as a result of active military duty ("Wounded Warrior")

- Employer Initiated.
- Must have worked at least twelve (12) months in the past seven (7) years for employer.
- Must have worked 1,250 hours in preceding twelve (12) month period.
- Provides up to 12 weeks unpaid leave. May be intermittent.
- Does not count against attendance.
- State Laws vary.


Services

January 2016

Human Resources

73

FXS 2796




# Management Practices and the Law

## STD/LTD

- These leaves are part of our benefit plans
- STD runs concurrently with FMLA

## Personal

- Personal leaves can be used where the employee has not yet met the requirements for FMLA. Consult with your HR advisor prior to authorizing leave.

**Note:** State laws vary – crime victim leaves, school program leaves, witness leaves, etc. – CONSULT ELM


Services

January 2016

Human Resources

74

**FXS 2797**



# Management Practices and the Law

## Rights under NLRA

### Employees may:

* Organize
* Form
* Engage in concerted activity
* Bargain collectively

                * Join
                * Assist

### Employers may:

* Resist union organizing attempts
* Make their positions about organizing known to employees



Services

January 2016

· Human Resources

77

FXS 2798



# Management Practices and the Law

## TIPS & FOE

### Management may <u>NOT</u>:

- Threaten
- Interrogate
- Promise
- Spy

### Management <u>may</u> express:

- Facts
- Opinions
- Examples




Services

January 2016

Human Resources

78

**FXS 2799**



# Management Practices and the Law

## Solicitation & Distribution

**Solicitation** = Any form of approach for membership, subscriptions, money, gifts, or purchase of merchandise, tickets or services.

**Distribution** = Disbursements of any literature, merchandise or thing not part of the normal course of business.

January 2016

Human Resources

**FXS 2800**

79




# Management Practices and the Law

## Solicitation & Distribution (cont.)

Solicitation is permitted by employees provided it doesn't disrupt work

Distribution by employees on behalf of charities or community organizations is permitted

- During non-work times
- In non-work areas
- By non-working employees

Use of any corporate resource by non-management employees including e-mail & comat is **PROHIBITED**

Solicitation & distribution by third parties on company property is **PROHIBITED** at all times.



Services

January 2016

Human Resources

80

**FXS 2801**

Apx. 282



# Management Practices and the Law

## Uniformed Services Employment & Reemployment Act

- Covers employees who serve in any branch of the military – voluntary or draft.

- Employee must be put in the same position as though no leave had occurred including raises, promotions & bonuses. (Escalator principle)

- Five year time period.



Services

January 2016

Human Resources

81

FXS 2802




# Management Practices and the Law

## Key Processes

- **Management Actions/ Disciplinary Decisions**
- **EXPLORE**
- **Alert Line**
- **Internal EEO**
- **External EEO**
- **Litigation**

FedEx Services

January 2016

Human Resources

82

**FXS 2803**




# Management Practices and the Law

## Alert Line

- Operated by In-Touch
- Anonymous, confidential reporting of
  - Suspected business misconduct
  - Financial, legal or ethical violations

1-866-426-3339 (Toll Free)

January 2016

Human Resources

83

**FXS 2804**

Apx. 285



# Management Practices and the Law
## EEO Statistical Charge Data

|  | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 |
|---|---|---|---|---|---|
| **Total Charges** | 75,768 | 82,792 | 95,402 | 93,277 | 99,922 |
| Race | 27,238 | 30,510 | 33,937 | 33,579 | 35,890 |
|  | 36.2% | 37.0% | 35.6% | 36.0% | 35.9% |
| Sex | 23,247 | 24,826 | 28,372 | 28,028 | 29,029 |
|  | 30.7% | 30.1% | 29.7% | 30.0% | 29.1% |
| National Origin | 8,327 | 9,396 | 10,601 | 11,134 | 11,304 |
|  | 8.3% | 11.4% | 11.1% | 11.9% | 11.3% |
| Religion | 2,541 | 2,880 | 3,273 | 3,386 | 3,790 |
|  | 2.1% | 3.5% | 3.4% | 3.6% | 3.8% |
| Age | 16,548 | 19,103 | 24,582 | 22,778 | 23,264 |
|  | 19.6% | 23.2% | 25.8% | 24.4% | 23.3% |

Apx. 286



# Management Practices and the Law
# EEO Statistical Charge Data

| | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 |
|---|---|---|---|---|---|
| Total Charges | 75,768 | 82,792 | 95,402 | 93,277 | 99,922 |
| Retaliation- All | 22.6% | 32.3% | 34.3% | 36.0% | 36.3% |
| Retaliation- Title VII only | 19,560 | 23,371 | 28,698 | 28,948 | 30,948 |
| | 20.3% | 28.3% | 30.1% | 31.0% | 31.0% |
| Disability | 15,575 | 17,734 | 19,453 | 21,451 | 25,165 |
| | 22.4% | 21.4% | 20.4% | 23.0% | 25.2% |
| Equal Pay Act | 861 | 818 | 954 | 942 | 1,044 |
| | 1.4% | 1.0% | 1.0% | 1.0% | 1.0% |
| GINA | N/A | N/A | N/A | N/A | 201 |
| | N/A | N/A | N/A | N/A | 0.2% |

FedEx
Services

January 2016

Human Resources

85

**FXS 2806**

Apx. 287

# Management Practices and the Law

## If an employment claim goes to litigation?



- **Who testifies?**
  - YOU DO!

- **What will you say?**
  - Rationale
  - Why did you make the decision you made

FedEx Services

January 2016

Human Resources

86

**FXS 2807**




# Management Practices and the Law

## Litigation

- **Complaint**
- **Answer**
- **Discovery**
- **Summary Judgment**
- **Trial**

FedEx Services

January 2016

Human Resources

87

**FXS 2808**




# Management Practices and the Law

## I've been served legal documents, Now what?

Subpoenas – Send to Kim Gillum

Garnishments – Send to Payroll

Lawsuits – Send to Lynn Diebold, Mary Beard or Amy Dudek

Requests for references or employment verification – The Work Number
1-800-367-5690 or www.theworknumber.com/verifier

FedEx Services

January 2016

Human Resources

88

FXS 2809



# Management Practices and the Law

## Protecting Confidentiality

- **Privileged and Confidential**

- **Attorney/Client Privilege**

- **Proprietary/Trade Secret**

FedEx Services

January 2016

Human Resources

89

**FXS 2810**




# Management Practices and the Law

## Unemployment Compensation

- Administered by EQUIFAX, a vendor

- Upon receipt of an unemployment claim immediately contact TALX at 1-800-848-0287 and Fax to 1-866-622-6236,

  Attn: April Etheridge

- TALX will need:

  – The termination letter

  – Supporting documentation (not the investigation file)

  – Employee's social security # noted on all documents

- You will be the primary contact & will need to appear at any hearings. A TALX representative will go with you.


Services

FXS 2811





# Management Practices and the Law

## Data Privacy v. Data Security

### Privacy

The proper use of data.

- "Use" or processing of data = any operation which is performed upon electronic data (e.g., collection, transfer, storage, access, and destruction)

- Data Privacy means, for example, not using SSNs as public identifiers or posting DOBs on a bulletin board

### Security

The protection of data.

- "Protection" = prevention of loss, unauthorized access, or misuse.

- The manner of protection depends on the type of data.

- Data Security means, for example, keeping SSNs and DOBs in a password protected file or system



# What Needs to be Protected

Sensitive?
Internal?
Public?

*if you see a breach of any data, contact Legal immediately.

Personal Data (incl. DoB and SSN)

Shipping Data

PCI

Passwords

Grav't ID

Financial Data

Strategic Data

FedEx Services

January 2016

Human Resources

FXS 2813

92

Apx. 294




# Management Practices and the Law

## Services Resources List

### HR

Your HR Advisor – Check PRISM contact screen

Recruiting – Alyssa Molina, HR Manager, 901-263-8724

Test Validation – Marta Brown, HR Manager, 901-263-7883

FLSA/EPA/Compensation – Taylor Wooten, HR Manager, 901-263-8878

Affirmative Action Plans – Roberta Granderson-Catron, 901-263-5654

Leaves – Rachel Sisco

Immigration – Leasa Dillow



Services

January 2016

Human Resources

94

**FXs 2815**



# Management Practices and the Law

## Services Resources List

### Legal

General Counsel – Jim Ferguson, 901-818-7203

Labor & Employment – Lynn Diebold, Attorney, 901-818-7737

Mary Beard, Attorney, 901-818-7306

Amy F. Dudek, Attorney, 901.818.6606

Becky Long, Paralegal, 901-818-7233

Kia Muhammad, Paralegal, 901-818-7413

Customer Contracts – Rusty Phillips, Director, 901-818-6650

IT Contracts – Scott Young, Director, 901-818-6630

Communications, Intellectual Property – Andy Lynn, Director, 901-818-6600



FedEx Services

January 2016

Human Resources

95

FXS 2816



# Management Practices and the Law

## Services Resources List

### Vendors

Unemployment – EQUIFAX, 800-848-0287

Verification of Employment – The Work Number, 800-367-5690

People Help – 800-274-4357

The Alert Line – 866-423-3339

FedEx Services

January 2016

Human Resources

96

**FXS 2817**

Apx. 298