United States District Court
Southern District of Texas
**ENTERED**
February 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01651 |
| § | |
| FEDEX CORPORATION, § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

On October 25, 2022, the jury rendered a verdict in favor of the plaintiff, Jennifer Harris, against the defendant, FedEx Corporate Services, Inc., on her claims for unlawful discrimination or retaliation under the Civil Rights Act of 1866, 42 U.S.C. § 1981, and Title VII of the Civil Rights Act of 1964, and awarded Ms. Harris $120,000 in past compensatory damages, $1,060,000 in future compensatory damages, and $365,000,000 in punitive damages.

Pursuant to Federal Rule of Civil Procedure 58(b), it is **ORDERED** that Plaintiff Jennifer Harris shall recover from Defendant FedEx Corporate Services, Inc. $366,060, million with prejudgment interest on the compensatory damages in the amount $16.49 per day with the number of days from May 20, 2021, to the day before the judgment is rendered for Plaintiff, and post judgment interest from the

dated of this judgment at the rate of 4.69%, for all of which execution may issue.

Costs of court are taxed against the defendant.

It is so ORDERED.

SIGNED on February 2, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge