United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01651 |
| § | |
| FEDEX CORPORATION, § | |
| § | |
| Defendant. § | |

### ORDER TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

The parties in this case stipulated to the entry of an Order staying execution pending appeal without the need for a supersedeas bond. (Docket No. 145). The U.S. Court of Appeals has now issued an opinion in Defendant's appeal, affirming in part and reversing and rendering judgment for Plaintiff in the amount of $248,619.57.

It is, therefore, ORDERED that Defendant deposit funds into the registry of the court in the amount of $315,000.00. This amount represents an award of judgment in the amount of $248,619.57 and post-judgment interest of $12,134.10, as of February 16, 2024, as well as an amount to be counted toward Plaintiffs' attorneys' fees.

It is so ORDERED.

SIGNED on February 9, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

