IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER HARRIS,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:21-cv-1651 | |
| § | | |
| **FEDEX CORPORATION,** § | | |
| § | | |
| *Defendant*. § | | |

**STIPULATED ORDER CONCERNING**
**BILL OF COSTS AND APPLICATION FOR ATTORNEYS' FEES**

The parties hereby stipulate to delay any determination of costs or attorneys' fees until 21 days after "(1) any order by the U.S. Supreme Court denying certiorari in this matter, or (2) in the event any petition for a writ of certiorari is granted, the sending down of the judgment of the Court. To this end, the Court may administratively close the case until such time as the parties inform the Court that they are prepared to proceed with the issue of attorneys' fees and costs.

**SO STIPULATED:**

 */s/ Brian Sanford*
Brian Sanford
Texas Bar No. 17630700
bsanford@sanfordfirm.com
Elizabeth "BB" Sanford
Texas Bar No. 24100618
esanford@sanfordfirm.com
The Sanford Firm
1910 Pacific Ave., Suite 15400
Dallas, TX 75201
Ph:  (214) 717-6653
Fax: (214) 919-0113

ATTORNEYS FOR PLAINTIFF JENNIFER HARRIS

*/s/ Barak J. Babcock*
Barak J. Babcock
Tennessee Bar No. 024021
SD No. 2522941
ATTORNEY-IN-CHARGE
Federal Express Corporation
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8523
Facsimile: (901) 492-9930
Email: barak.babcock@fedex.com

Christopher M. Ahearn (*pro hac vice*)
California Bar No. 239089
Tennessee Bar No. 040043
3620 Hacks Cross Road
Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8523
Facsimile: (901) 492-9930
Email: christopher.ahearn@fedex.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Barak Babcock, counsel for Defendant, regarding this Stipulated Order and Defendant does not oppose the entry of this Stipulated Order. I also certify that Defendant's counsel (Barak Babcock) has permitted me to affix his "s/" signature to this filing.

*/s/ Brian P. Sanford*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JENNIFER HARRIS,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 4:21-cv-1651** |
| **FEDEX CORPORATION,** | § § § | |
| *Defendant*. | § § | |

# **ORDER**

The parties have stipulated to an entry of an order staying the determination of costs and attorneys' fees until 21 days after any final ruling by the Supreme Court.

It is therefore, **ORDERED** that this case is administratively closed until such time as the parties inform the Court that they are prepared to proceed with the issue of attorneys' fees and costs.

**IT IS SO ORDERED.**

Ordered this _____ day of _____, 2024.

_____
The Honorable Kenneth M. Hoyt
United States District Judge