United States District Court<br>
Southern District of Texas<br>
**ENTERED**<br>
December 23, 2024<br>
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER HARRIS, § § *Plaintiffs*, § § vs. § § FEDEX CORPORATE SERVICES, INC., § § *Defendants*. § | Civil Action 4:21-cv-1651 <br><br> **JURY DEMANDED** |

## ORDER

Before this Court is the Unopposed Motion to Release Funds. Having reviewed the motion, the Court finds that the motion should be Granted. It is Ordered that the deposited funds in the registry of the Court in the amount of the principle ($315,000.00) plus all accrued interest be released to Jennifer Harris c/o The Sanford Firm.

It is so ORDERED.

SIGNED ON December 23, 2024, at Houston, Texas

Kenneth M. Hoyt
United States District Judge

